UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

                                      CASE NO. 6:20-cr-97-Orl-31LRH

      Plaintiff,

v.

JOEL MICAH GREENBERG,

      Defendant.
_____/

## LIMITED NOTICE OF APPEARANCE

COMES NOW Mark L. Horwitz and Vincent A. Citro, of the Law Offices of Horwitz & Citro, P.A., and hereby gives their limited notice of his appearance as counsel for the Determination of Counsel and Bond Hearing in the Middle District of Florida in this case on behalf of Joel Micah Greenberg.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 23, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to Roger B. Handberg, III, Assistant United States Attorney, Office of the United States Attorney, 400 West Washington Street, Suite 3100, Orlando,

Florida 32801 at roger.handberg@usdoj.gov.

        Respectfully submitted,

        **Law Offices of Horwitz & Citro, P.A.**

        *s/ Vincent A. Citro*
        **Mark L. Horwitz, Esquire**
        Florida Bar Number: 147442
        **Vincent A. Citro, Esquire**
        Florida Bar Number: 468657
        17 East Pine Street
        Orlando, Florida 32801
        Telephone: (407) 843-7733
        Facsimile: (407) 849-1321
        mark@horwitzcitrolaw.com
        vince@horwitzcitrolaw.com
        Attorney for Joel Micah Greenberg