**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                                                    **CASE NO: 6:20-cr-97-Orl-31LRH**

**JOEL MICAH GREENBERG**

---

## ORDER REGARDING LIMITED NOTICE OF APPEARANCE

Counsel for Defendant JOEL MICAH GREENBERG made a limited appearance in this case. It is **ORDERED** that at least two business days before the arraignment, counsel for Defendant JOEL MICAH GREENBERG, shall either (1) file a notice of general appearance, (2) file a motion to appoint counsel for the Defendant supported by an affidavit of indigency signed by Defendant JOEL MICAH GREENBERG, or (3) file a motion to continue the arraignment supported by a showing of good cause for the continuance.

**DONE** and **ORDERED** in Orlando, Florida on June 23, 2020.

LESLIE R. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
Counsel for Defendant