UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.                                              Case No: 6:20-cr-97-Orl-31LRH

**JOEL MICAH GREENBERG**

AUSA: Roger Handberg
Defense Attorney: Vince Citro
(Limited appearance)

| JUDGE: | **EMBRY J. KIDD**<br>United States Magistrate Judge | DATE AND TIME: | **June 23, 2020**<br>11:05 A.M.- 11:27 A.M. |
|---|---|---|---|
| Courtroom: | 4C | TOTAL TIME: | 22 minutes |
| DEPUTY CLERK: | T. LeGros | REPORTER: | Digital<br>Orlando_Digital_Transcripts@flmd.uscourts.gov |
| INTERPRETER: | N/A | PRETRIAL: | Ivette Suarez |

# CLERK'S MINUTES
## INITIAL APPEARANCE

**DEFENDANT WAS ARRESTED TODAY**

Case called, appearances made, procedural setting by the court.
Defendant has retained counsel.
Court inquires of the defendant; No issue as to competency.
Court advises defendant of his rights.
Government summarizes the counts in the Indictment and advises of the potential penalties.
Arraignment is continued to 7/1/2020 at 11:00 before this court pending retaining permanent representation.
Government is not seeking detention
Defendant is released with conditions as set forth in the Order Setting Conditions of Release.
Court adjourned