UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILED
2015 DEC -7 PM 2:56
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

GEORGE GIRTMAN,
    Petitioner,

V.                                     Case No. 6:15-cv-1722-Orl-28KRS

SECRETARY, DEPARTMENT
OF CORRECTIONS, et al.,
    Respondents.
_____

## MOTION TO COMPEL FDOC OFFICIALS TO PROVIDE PETITIONER WITH COMPUTER PRINTOUT OF BANK ACCOUNT

COMES NOW, Petitioner George Girtman pro se and moves this Honorable Court to enter an order to compel FDOC Officials to provide Computer printout of his inmate bank account to comply with this Court's order. And on the following Petitioner will show:

1.) Petitioner received the Court's second Order on Monday the 23rd to provide it with a copy of computerized printout of bank account statement in order for Petitioner to proceed in forma pauperis in the above styled cause.

2.) Petitioner filed a Notice of Compliance in keeping with the Court's first Order citing reasons beyond his control a bank account statement could not be provided which the Court treated as an extension of time in order to provide the Court with printout of bank account statement.

3.) Prison officials continues to deny Petitioner access to the Court by failing to provide computer printout containing transactions from the period of July 13, 2015, through October 13, 2015.

WHEREFORE, Petitioner pray this Honorable Court

PROVIDED TO GULF CI
MAIL ROOM
DEC 02 2015
FOR MAILING G.G.
INMATE'S INITIALS

order compelling FDOC officials to provide him with a copy of his computerized inmate bank account statement containing transactions from the period of July 13, 2015 through October 13, 2015 to comply with this Court's order. This motion is filed in good faith and not for purposes of delay.

Respectfully Submitted

/s/ Dirtman, George
Gulf Correctional Institution-Annex
699 Ike Steele Rd.
Wewahitchka, FL 32465