UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE No. 6:20-cr-97-Orl-31LRH

JOEL MICAH GREENBERG

## **NOTICE OF APPEARANCE**

The United States of America, by Maria Chapa Lopez, United States

Attorney for the Middle District of Florida, files this Notice of Appearance of

the undersigned as counsel for the United States in the above-captioned case.

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

By:   */s/ Roger B. Handberg*
      ROGER B. HANDBERG
      Assistant United States Attorney
      Florida Bar No. 0241570
      400 W. Washington Street, Suite 3100
      Orlando, Florida   32801
      Telephone:   (407) 648-7500
      Facsimile:    (407) 648-7643
      E-mail:        Roger.Handberg@usdoj.gov

**U.S. v. JOEL MICAH GREENBERG      Case No. 6:20-cr-97-Orl-31LRH**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 24, 2020, I electronically filed the foregoing

with the Clerk of the Court by using the CM/ECF system which will send a

notice of electronic filing to the following:

Vincent A. Citro, Esquire

Mark L. Horwitz, Esquire

*/s/ Roger B. Handberg*
ROGER B. HANDBERG
Assistant United States Attorney
Florida Bar No. 0241570
400 W. Washington Street, Suite 3100
Orlando, Florida   32801
Telephone:   (407) 648-7500
Facsimile:    (407) 648-7643
E-mail:        Roger.Handberg@usdoj.gov
