UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE No. 6:20-cr-97-Orl-31LRH

JOEL MICAH GREENBERG

**GOVERNMENT'S NOTICE OF
ESTIMATED LENGTH OF TRIAL**

The United States of America, by Maria Chapa Lopez, United States Attorney for the Middle District of Florida, hereby advises the Court that should this case go to trial, it is estimated that the length will be seven days.

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

By:  */s/ Roger B. Handberg*
ROGER B. HANDBERG
Assistant United States Attorney
Florida Bar No. 0241570
400 W. Washington Street, Suite 3100
Orlando, Florida   32801
Telephone:   (407) 648-7500
Facsimile:   (407) 648-7643
E-mail:   Roger.Handberg@usdoj.gov