UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:20-cr-97-Orl-31LRH

JOEL MICAH GREENBERG

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's interested persons order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action -- including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

> Maria Chapa Lopez, United States Attorney
>
> Vincent A. Citro, Esquire, counsel for defendant
>
> Joel Micah Greenberg, defendant
>
> Roger B. Handberg, Assistant United States Attorney
>
> Nicholas Hoganson, Special Agent, United States Secret Service
>
> Mark L. Horwitz, Esquire, counsel for defendant

United States Secret Service, Investigative Agency

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings: None

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases: None

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

The school employee, as identified in the Indictment.

I hereby certify that I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Date:   June 24, 2020

        Respectfully submitted,

        MARIA CHAPA LOPEZ
        United States Attorney

By:  */s/ Roger B. Handberg*
     ROGER B. HANDBERG
     Assistant United States Attorney
     Florida Bar No. 0241570
     400 W. Washington Street, Suite 3100
     Orlando, Florida   32801
     Telephone:   (407) 648-7500
     Facsimile:    (407) 648-7643
     E-mail:       Roger.Handberg@usdoj.gov

U.S. v. JOEL MICAH GREENBERG      Case No. 6:20-cr-97-Orl-31LRH

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Vincent A. Citro, Esquire

Mark L. Horwitz, Esquire

 

*/s/ Roger B. Handberg*
ROGER B. HANDBERG
Assistant United States Attorney
Florida Bar No. 0241570
400 W. Washington Street, Suite 3100
Orlando, Florida  32801
Telephone:  (407) 648-7500
Facsimile:   (407) 648-7643
E-mail:      Roger.Handberg@usdoj.gov