UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.     CASE NO. 6:20-cr-97-Orl-31LRH

JOEL MICAH GREENBERG

## NOTICE OF APPEARANCE

The United States of America, by Maria Chapa Lopez, United States Attorney for the Middle District of Florida, files this Notice of Appearance of the undersigned as counsel for the United States in the above-captioned case.

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

By: */s/ Jennifer M. Harrington*
JENNIFER M. HARRINGTON
Assistant United States Attorney
Florida Bar No. 0117748
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
E-mail: Jennifer.Harrington2@usdoj.gov

U.S. v. JOEL MICAH GREENBERG        Case No. 6:20-cr-97-Orl-31LRH

**CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Vincent A. Citro, Esquire

Mark L. Horwitz, Esquire

*/s/ Jennifer M. Harrington*
JENNIFER M. HARRINGTON
Assistant United States Attorney
Florida Bar No. 0117748
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:  (407) 648-7500
Facsimile:   (407) 648-7643
E-mail:   Jennifer.Harrington2@usdoj.gov