AO 442 (Rev.11/11) Arrest Warrant

FID # 9914474

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| JOEL MICAH GREENBERG | ) Case No. 6:20-cr-97-Orl-31LRH |
| | ) |
| Defendant | ) |

SEALED

2020 JUN 18 AM 10:53   RECEIVED U.S. MARSHAL   MIDDLE FLORIDA ORLANDO

2020 JUN 18 PM 2:1_   FILED

## ARREST WARRANT

TO: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* JOEL MICAH GREENBERG

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Stalking, in violation of 18 U.S.C. § 2261A(2).
Unauthorized use of a means of identification in connection with another crime, in violation of 18 U.S.C. § 1028(a)(7).

Date: 06-18-2020

*Issuing officer's signature*
A. Lindstrand
Elizabeth Warren, Clerk of Court
United States District Court

City and state: Orlando, Florida

*Printed name and title*

### Return

This warrant was received on *(date)* JUNE 17, 2020, and the person was arrested on *(date)* JUNE 23, 2020
at *(city and state)* LAKE MARY, FL.

Date: JUNE 23, 2020

*Arresting officer's signature*

NICK HOGANSON / SPECIAL AGENT
*Printed name and title*

SCANNED