IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GEORGE WILLIAM GIRTMAN,

                          CASE NO.:6:15-CV-1722-0r1-28KRS

    Petitioner,

v.

SECRETARY, FLORIDA DEPARTMENT OF
CORRECTIONS, et al.,

    Respondent.
_____/

## DEPARTMENT OF CORRECTIONS' NOTICE OF RE-SERVICE OF COPY OF PETITIONER'S INMATE BANK ACCOUNT STATEMENT

Comes now, Respondent, Julie Jones, Secretary of the Florida Department of Corrections, through undersigned counsel, and noting that Petitioner now asserts the did not receive a copy of his trust account, she now hereby re-sends him a copy.

Respectfully Submitted,

*Barbara Debelius*
Barbara Debelius
Fla. Bar No. 0972282
Assistant General Counsel
Department of Corrections
501 S. Calhoun St.
Tallahassee, FL 32399-2500
(850) 717-3605
debelius.barbara@mail.dc.state.fl.us

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail to George William Girtman, DC# 059203, Gulf Correctional Annex, 699 Ike Steele Road, Wewahitchka, FL 32465-0010 this 10th day of February, 2016.

*Barbara Debelius*
Barbara Debelius

```
                            FLORIDA DEPARTMENT OF CORRECTIONS              02/01/16
IBSR176 (90)                  INITIAL PAYMENT FOR FILE FEE                 11:39:34
                                   FOR: 10/13/2015                         PAGE    1

DC  # : 059203    INMT NAME : GIRTMAN, GEORGE W.        CURR BAL  : $         0.00
HOLDS : $      0.00   LIENS : $     15.68               SPENDABLE : $         0.00

  DATE RANGE              MONTHLY AVERAGE DEPOSITS    MONTHLY AVERAGE BALANCES
  04/16 - 05/15                  $       0.00                 $        0.00
  05/16 - 06/14                  $       0.00                 $        0.00
  06/15 - 07/14                  $       0.00                 $        0.00
  07/15 - 08/13                  $       0.00                 $        0.00
  08/14 - 09/12                  $       0.00                 $        0.00
  09/13 - 10/12                  $       0.00                 $        0.00

AVERAGE OVER 6 MONTHS         DEPOSITS : $    0.00
                              BALANCES : $    0.00

CALCULATED INITIAL PAYMENT : $      0.00
```

\* \* \* \* \* \* \* \*

AFFIDAVIT CERTIFICATE # 059203
(Prisoner Accounts Only)

I HEREBY CERTIFY THAT <u>George W. Girtman</u>, has the sum of
(Name of Affiant)

$ <u>0</u> as of <u>10-13-2015</u> on account to his credit at the
(date)

<u>Gulf Correctional</u> institution where he is confined. I further certify that the above-named prisoner affiant has the following securities to his credit according to the records of this institution:

<u>None</u>

_____
Authorized Officer of Institution