UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

                                                         CASE NO. 6:20-cr-97-Orl-31LRH

        Plaintiff,

v.

JOEL MICAH GREENBERG

        Defendant.

_____/

### NOTICE OF APPEARANCE AS TO JOEL MICAH GREENBERG

COMES NOW, MARK L. HORWITZ, Esquire of the Law Offices of Horwitz & Citro, P.A., 17 East Pine Street, Orlando, Florida 32801, Telephone (407) 843-7733 and hereby enters his Notice of Appearance as counsel for the Defendant, JOEL MICAH GREENBERG in the above styled cause.

Dated at Orlando, Orange County, Florida, this 29th day of June 2020.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 29, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to Roger B. Handberg Assistant United States Attorney, United States Attorney's Office, 400 West Washington Street, Suite 3100, Orlando, Florida 32801 at roger.handberg@usdoj.gov and Jennifer M. Harrington, Assistance United States

Attorney, United States Attorney's Office, 400 West Washington Street, Suite 3100,

Orlando, Florida 32801 at jennifer.harrington2@usdoj.gov .

Respectfully submitted,

**LAW OFFICES OF HORWITZ & CITRO, P.A.**

/s/ Mark L. Horwitz
**Mark L. Horwitz, Esquire**
Florida Bar Number: 147442
17 East Pine Street
Orlando, Florida 32801
Telephone: (407) 843-7733
Facsimile: (407) 849-1321
mark@horwitzcitrolaw.com
Attorney for Defendant Joel Micah Greenberg