UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

CASE NO. 6:20-CR-97-Orl-31LRH

v.

JOEL MICAH GREENBERG,

    Defendant.
_____/

## JOEL MICAH GREENBERG'S WAIVER OF PRESENCE AT ARRAIGNMENT AND ENTRY OF NOT GUILTY PLEA, PURSUANT TO FED. R. CRIM. P. 10(b)

I, JOEL MICAH GREENBERG, the above-named defendant, do hereby waive my right to be present at an arraignment and enter a plea of not guilty to the charges. I hereby state that I have received a copy of the indictment.

_____
Vincent A. Citro
Florida Bar Number 0468657
Law Offices of Horwitz & Citro, P.A.
17 East Pine Street
Orlando, Florida 32801
Telephone: 407/843-7733
Facsimile: 407/849-1321
vince@horwitzcitrolaw.com

_____
Joel Micah Greenberg
Defendant

Dated: 6-28-20

## CONSENT TO WAIVER OF DEFENDANT'S PRESENCE AT ARRAIGNMENT AND RECEIPT OF PLEA OF NOT GUILTY

I hereby accept the Waiver of Defendant's Presence at Arraignment and Entry of Not Guilty Plea and direct that the plea of not guilty be received for filing.

_____
**EMBRY J. KIDD**
**UNITED STATES MAGISTRATE JUDGE**

Date:_____