UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.  Case No: 6:20-cr-97-Orl-31LRH

**JOEL MICAH GREENBERG**

| Judge: | **EMBRY J. KIDD**<br>United States Magistrate Judge | Date and Time: | **June 30, 2020**<br>3:42 P.M.- 3:43 P.M. |
|---|---|---|---|
| Courtroom: | 4C | Total Time: | 1 minute |
| Deputy Clerk: | T. LeGros | Reporter: | Digital<br>Orlando_Digital_Transcripts<br>@flmd.uscourts.gov |
| Interpreter: | | | |

## Clerk's Minutes
### Arraignment
(Waiver of presence filed)

Case called, appearances made, procedural setting by the Court.
Court accepts and endorses defendant's waiver of presence at arraignment and plea of not guilty.
Court sets trial term of August 3, 2020 before Judge Presnell; Criminal Scheduling Order to enter.
Court adjourned.