# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                                                                             **CASE NO: 6:20-cr-97-Orl-31LRH**

**JOEL MICAH GREENBERG**

---

## ORDER

Pursuant to the amended standing order entered by United States District Judge Roy B. Dalton, Jr. (6:20-mc-17, Doc. 4) in response to the ongoing COVID-19 pandemic, it is

**ORDERED** that the trial and any pending deadlines in this case are continued until further order of the Court. The time period of this continuance is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), as the Court finds that the ends of justice served by taking this action outweigh the interests of the parties and the public in a speedy trial. Absent further order of the Court, the period of exclusion is from the date of this order to September 30, 2020. The Court will consider further extension of this period should circumstances warrant.

**DONE** and **ORDERED** in Orlando, Florida on July 2, 2020.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant