UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GEORGE WILLIAM GIRTMAN,

    Petitioner,

v.                                        Case No. 6:15-cv-1722-Orl-28KRS

SECRETARY, DEPARTMENT
OF CORRECTIONS, et al.,

    Respondents.

## ORDER

This case is before the Court on the following matters:

1. Respondents' Motion to Accept Response as Timely (Doc. 22) is **GRANTED**. For good cause shown, the Response to Petition (Doc. 21) filed June 14, 2016, will be accepted as timely filed.

2. Petitioner's Motion for Sanctions (Doc. 23) is **DENIED**. The Office of the Attorney General did not receive a copy of the Order directing Respondents to file a response to the petition. Therefore, no sanctions will be imposed for Respondents' failure to file a response within the time provided by the Court.

3. Respondents filed a Response to Petition (the "Response") (Doc. 21), requesting that the Court deny the Petition for Writ of Habeas Corpus (the "Petition") (Doc. 1). Petitioner is advised out of an abundance of caution that the denial of the Petition at this stage would represent a final adjudication of this case which may foreclose subsequent litigation on the matter.

Accordingly, Petitioner shall have sixty (60) days from the date of this Order to file a Reply to the Response.   Upon the expiration of this time, the Petition, the Response, and the Reply, if one is filed, will be taken under advisement by the Court, and an order will be entered without further notice.

**DONE AND ORDERED** in Orlando, Florida, this 18th day of July, 2016.

*Karla R. Spaulding*

KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies to:
OrlP-1
George William Girtman
Counsel of Record