UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GEORGE GIRTMAN,
    Petitioner,

V.                               Case No. 6:15-CV-01722-Orl-28KRS

JULIA JONES, SECRTARY OF
DEPARTMENT OF CORRECTIONS, et al.,
    Respondants.
_____

PROVIDED TO GULF CI MAILROOM
SEP 15 2016
FOR MAILING  G.G.
INMATE'S INITIALS

MOTION FOR EXTENSION OF TIME

COMES NOW, Petitioner George Girtman, pro se, hereby request this Honorable Court to enter an order extending the previous sixty (60) day Order entered on the 18th day of July, 2016 for purpose to allow said Petitioner to submit his Reply to the Respondant's Response to his Petition for Writ of Habeas Corpus in the above styled cause and in support thereof states the following:

1. The Court's sixty (60) day Order is soon to expire on Sept. 16, 2016 without this institution ever allowing for Petitioner any meaningful access to it's law library services.

2. Petitioner did file a Motion for Extension of Time on July 14, 2016 that the Court denied as moot in it's Order dated July 27, 2016 because Petitioner had not received the Court's sixty (60) day Order dated July 18, 2016.

3. Petitioner request this Court would consider and give great weight to it's "abundance of Caution" advisory Order dated July 18, 2016 and allow an additional thirty (30) days to meaningfully complete and file Reply to the Respondant's Response.

4. Petitioner has been confronted with several obstacles to progress and completion of his Reply and the latest being this institution's emergency lock down on Sept. 9, 2016 resulting in the transfer of inmate law clerk rendering critical assistance in preparing Reply.

    This motion is filed in good faith and not for purposes of delay.

WHEREFORE, Petitioner respectfully request this Court to enter an Order extending the time for filing Petitioner's Reply To Respondant's Response in this cause for 30 days. This request is for purpose to overcome unreasonable challenges cited herein Petitioner is confronted with.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been hand delivered to Gulf C.I.-Annex officials to be mailed to the U.S. District Court, Middle District of Florida, Orlando Division, 401 W. Central Blvd., Suite 1200, Orlando Florida, 32801-0120, and Office of Attorney General, 444 Seabreeze Blvd., Daytona Beach, FL 32118 on this 15th day of Sept. 2016.

/s/ Dittman, George 059203
Gulf Correctional Institution-Annex
699 Ike Steele Rd.
Wewahitchka, FL 32465