UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.                                              CASE NO: 6:20-cr-97-Orl-31LRH

JOEL MICAH GREENBERG

NOTICE OF HEARING

TAKE NOTICE that an **Arraignment** is scheduled for **Friday, July 24, 2020, at 10:00 A.M.** This hearing will be held before the **Honorable Leslie R. Hoffman in Courtroom No. 5D, Fifth Floor**, U.S. Courthouse, 401 W. Central Boulevard, Orlando, Florida.

If the Defendant wishes to waive his/her presence at arraignment and enter a written plea of not guilty, he/she and his/her attorney must sign the attached form (or similar form) and file it with the Clerk of Court **no later than 1:00 P.M., of the business days before the arraignment.** If the written waiver is timely filed, the Defendant and his/her attorney need not appear at the arraignment. If the written waiver is not timely filed, the Defendant and his/her attorney must appear at the arraignment at the scheduled date and time.

Dated:  July 16, 2020

LESLIE R. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

By: Edward Jackson, Courtroom Deputy

Copies furnished to:

United States Pretrial Services Office
Counsel of Record

**PLEASE NOTE:**  Photo I.D. is required to enter the United States Courthouse.  Also, **cellular telephones** and **laptop computers** are prohibited in the Courthouse unless otherwise allowed pursuant to order of the Court.

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                          **CASE NO: 6:20-cr-97-Orl-31LRH**

**JOEL MICAH GREENBERG**

_____

## WAIVER OF DEFENDANT'S PRESENCE AT ARRAIGNMENT AND ENTRY OF NOT GUILTY PLEA

I, JOEL MICAH GREENBERG, the above named defendant, do hereby waive my right to be present at Arraignment and enter a plea of not guilty to the charges. I hereby state that I have received a copy of the charging instrument.

_____      _____
Counsel for Defendant [Signature]           Defendant

_____
Printed Name of Defense Counsel

_____
Defense Counsel Address

_____
City, State Zip Code

## CONSENT TO WAIVER OF DEFENDANT'S PRESENCE AT ARRAIGNMENT AND RECEIPT OF PLEA OF NOT GUILTY

I hereby accept the Waiver of Defendant's Presence at Arraignment and Entry of Not Guilty Plea and direct that the plea of not guilty be received for filing.

                                             _____
                                                LESLIE R. HOFFMAN
                                       UNITED STATES MAGISTRATE JUDGE

Date: _____