**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                          CASE NO: 6:20-cr-97-Orl-31LRH

**JOEL MICAH GREENBERG**

## WAIVER OF DEFENDANT'S PRESENCE AT ARRAIGNMENT AND ENTRY OF NOT GUILTY PLEA

I, JOEL MICAH GREENBERG, the above named defendant, do hereby waive my right to be present at Arraignment and enter a plea of not guilty to the charges. I hereby state that I have received a copy of the charging instrument.

_____          _____
Counsel for Defendant [Signature]        Defendant

Vincent A. Citro
Printed Name of Defense Counsel

17 East Pine Street
Defense Counsel Address

Orlando, Florida 32801
City, State Zip Code

## CONSENT TO WAIVER OF DEFENDANT'S PRESENCE AT ARRAIGNMENT AND RECEIPT OF PLEA OF NOT GUILTY

I hereby accept the Waiver of Defendant's Presence at Arraignment and Entry of Not Guilty Plea and direct that the plea of not guilty be received for filing.

_____
LESLIE R. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

Date: _____