# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**v.**                                      Case No: **6:20-cr-97-Orl-31LRH**

**JOEL MICAH GREENBERG**

AUSA: Emily Chang

| JUDGE: | **LESLIE R. HOFFMAN**<br>United States Magistrate Judge | DATE AND TIME: | **July 24, 2020**<br>10:03-10:04<br>1 minute |
|---|---|---|---|
| Courtroom: | Chambers (Video Conference) | TOTAL TIME: | |
| DEPUTY CLERK: | Edward Jackson | REPORTER: | Digital<br>Orlando_Digital_Transcripts<br>@flmd.uscourts.gov |
| INTERPRETER: | None | PRETRIAL/ PROB: | No Appearance |

## CLERK'S MINUTES
## ARRAIGNMENT ON SUPERSEDING INDICTMENT

Case called; appearances taken; procedural setting by the Court.
Defendant filed a Waiver of Defendant's Presence at Arraignment and Entry of Not Guilty Plea.
Court accepted the waiver.
Previously set dates to remain in effect.