FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2017 JUL -5 PM 2:51
US DIS
MIDDLE DIST COURT
ORLAND OF FLORIDA
FLORIDA

PROVIDED TO GULF CI
MAILROOM

JUN 27 2017

FOR MAILING G.G.
INMATE'S INITIALS

GIRTMAN, GEORGE,
  Petitioner,

V.

Case No. 6:15-CV-1722-Orl-28KRS

JULIA JONES, SECRETARY OF
DEPARTMENT OF CORRECTIONS, et al.,
  Respondent.

## NOTICE OF APPEAL

NOTICE IS HEARBY GIVEN that the Petitioner George Girtman, pro se, appeals to the 11th Cir. Court of Appeal, the final Order of this Court rendered May 23, 2017. The nature of the Order appealed is a Final Order: Denying Petition for Writ of Habeas Corpus.

## CERTIFICATE OF SERVICE

I HEARBY CERTIFY that on this 21st day of June 2017 I placed a copy of the above and foregoing in the hands of Gulf C.I.-Annex prison officials for the purpose of mailing prepaid first class postage by U.S. Mail to: The Office of the Attorney General, Pamala Jo Bondi at 444 Seabreeze Blvd. Suite 500, Daytona Beach, FL 32118 on this ___ day of June 2017.

/s/ Girtman, George
Girtman, George 059203
Gulf Correctional Institution-Annex
699 Ike Steele Rd.
Wewahitchka, FL 32465