UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,   Case Number: 6:20-cr-97-Orl-31LRH

v.

JOEL MICAH GREENBERG,

    Defendant.
_____/

**UNOPPOSED MOTION TO PERMIT TRAVEL OUTSIDE
THE MIDDLE DISTRICT OF FLORIDA AND MEMORANDUM OF LAW**

Defendant Joel Micah Greenberg, through counsel, moves this Court to modify his pretrial release conditions and allow him to travel outside of the Middle District of Florida in August 2020, so that he may attend an annual family vacation. In support thereof, Mr. Greenberg states as follows:

    **I.   STATEMENT OF FACTS**

    1.   On June 23, 2020, Mr. Greenberg was arrested and had his initial appearance before the Honorable Embry J. Kidd, United States Magistrate Judge. Doc. 7.

    2.   Mr. Greenberg was released on certain conditions, which included, among other things, a restriction that he remain within the Middle District of Florida during the pendency of this case. Doc. 8.

3.	Mr. Greenberg and his extended family annually travel outside of the Middle District of Florida for a vacation in August.[1] This family event has happened for several decades. Mr. Greenberg would like to attend this year, along with his spouse and two children.

4.	The undersigned has conferred with the Pretrial Services Officer assigned to Mr. Greenberg's case and he does not oppose this request.

5.	The undersigned has also conferred with the lead prosecutor assigned to Mr. Greenberg's case, and he does not oppose this request.

6.	Should the Court approve this motion, the undersigned will provide dates, times, methods of travel, and other pertinent information to Pretrial Services and the government in advance of Mr. Greenberg traveling.

## II.     MEMORANDUM OF LAW

Title 18, United States Code, Section 3142(c)(3), provides that "[t]he judicial officer may at any time amend the order to impose additional or different conditions of release." Mr. Greenberg hereby requests to amend his pretrial release conditions for a one-time trip outside the Middle District of Florida, to attend an annually held family vacation. Mr. Greenberg has been fully compliant with his pretrial release conditions throughout the pendency of this case.

---

[1] The undersigned has advised the government and Pretrial Services of the location of the vacation, but the undersigned has not included it in this motion for the family's privacy.

**III.** **CERTIFICATION OF CONFERRING WITH OPPOSING COUNSEL**

Pursuant to the Court's Criminal Scheduling Order (doc. 22), undersigned certifies that (1) the undersigned counsel conferred with opposing counsel; (2) that the motion is unopposed; and (3) the motion concerns matters not covered by the scheduling order.

**IV.** **CONCLUSION**

WHEREFORE, for the reasons stated herein, Mr. Greenberg respectfully requests this Court to enter an Order modifying his conditions of release to allow travel outside of the Middle District of Florida in August 2020, so that he can attend a family vacation.

Respectfully submitted on July 30, 2020.

        **LAW OFFICES OF**
        **HORWITZ & CITRO, P.A.**

        *s/Mark L. Horwitz*
        **MARK L. HORWITZ**
        Florida Bar Number: 147442
        mark@horwitzcitrolaw.com

        *s/Vincent A. Citro*
        **VINCENT A. CITRO**
        Florida Bar Number: 0468657
        vince@horwitzcitrolaw.com

        17 East Pine Street
        Orlando, Florida 32801
        Telephone: (407) 843-7733
        Facsimile: (407) 849-1321
        Attorneys for Joel Micah Greenberg

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 30, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to Roger B. Handberg, Assistant United States Attorney, at roger.handberg@usdoj.gov, and Jennifer M. Harrington, Assistant United States Attorney, at jennifer.harrington2@usdoj.gov.

*s/Vincent A. Citro*
**VINCENT A. CITRO**
Florida Bar Number: 0468657
Attorney for Joel Micah Greenberg