UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

      **Plaintiff,**

v.                                                                                          **Case No: 6:20-cr-97-Orl-31LRH**

**JOEL MICAH GREENBERG**

      **Defendant.**

_____/

**ORDER**

Before the Court is Defendant's Motion to Permit Travel Outside the Middle District of Florida. (Doc. 39.) Mr. Greenberg had his initial appearance before the Court on June 23, 2020. (Doc. 7.) At that time, the Court ordered Mr. Greenberg's release, subject to several conditions, including that his travel be restricted to the Middle District of Florida. (Doc. 8.) In the present motion, Mr. Greenberg requests permission to travel outside of the Middle District of Florida at certain times during August 2020 to participate in an annual family vacation. (Doc. 39 at 2.) Neither the U.S. Attorney's Office nor the U.S. Pretrial Services Office opposes the request. (*Id.*)

Accordingly, Defendant's Motion to Permit Travel Outside the Middle District of Florida is **GRANTED**. Mr. Greenberg may travel outside of the Middle District of Florida in August 2020 on the dates and times approved by the U.S. Pretrial Services Office. All other conditions of Mr. Greenberg's release shall remain in place.

**DONE** and **ORDERED** in Orlando, Florida on July 30, 2020.

_____
EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Pretrial Services Office