UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GEORGE WILLIAM GIRTMAN,

    Petitioner,

v.                                            CASE NO. 6:15-cv-1722-Orl-28-KRS

SECRETARY, DEPARTMENT OF
CORRECTIONS, et al.,

    Respondents.
_____/

## ORDER

This case is before the Court on Petitioner's Motion for Permission to Appeal *In Forma Pauperis*. (Doc. 41).

On October 13, 2015, Petitioner filed a Petition Under 28 U.S.C § 2254 for Writ of Habeas Corpus. (Doc. 1). On May 24, 2017, the Court denied the petition and dismissed the case with prejudice. (Doc. 32). The Court also denied a certificate of appealability in the same order. (*Id.*). Petitioner subsequently filed a notice of appeal and the instant motion to proceed *in forma pauperis* on appeal. (Docs. 34, 41).

"[A] state prisoner seeking a writ of habeas corpus has no absolute entitlement to appeal a district court's denial of his petition." *Miller-El v. Cockrell*, 537 U.S. 322, 335 (2003). In order to appeal after a district court's denial of a habeas petition, a prisoner must first obtain a certificate of appealability. 28 U.S.C. § 2253(c)(1). Without a certificate of appealability, the court of appeals lacks jurisdiction to rule on the merits of a habeas appeal. *Miller-El*, 537 U.S. at 336. A court may issue a certificate of appealability only where a petitioner demonstrates a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

Here, the Court, in denying a certificate of appealability, determined that "Petitioner cannot show that jurists of reason would find this Court's procedural rulings debatable" and that Petitioner "has failed to make a substantial showing of the denial of a constitutional right." (Doc. 32 at 21). Because Petitioner is not entitled to a certificate of appealability, he is not entitled to proceed *in forma pauperis*.

Accordingly, it is **ORDERED** that Petitioner's Motion for Permission to Appeal *In Forma Pauperis* (Doc. 41) is **DENIED**.

**DONE AND ORDERED** at Orlando, Florida this 19 day of October, 2017.

JOHN ANTOON
UNITED STATES DISTRICT JUDGE

Copies to:

*Pro Se* Petitioner
Counsel of Record
OrlP-5

2