# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                                                **CASE NO: 6:20-cr-97-Orl-31LRH**

**JOEL MICAH GREENBERG**

| JUDGE: | Gregory A. Presnell | COUNSEL FOR GOVERNMENT: | Roger Bernard Handberg, III and Jennifer Harrington |
|---|---|---|---|
| DEPUTY CLERK: | Lisa Milliron | | |
| COURT REPORTER: | Heather Suarez<br>heathersuarez.usocr@gmail.com | COUNSEL FOR DEFENDANT: | Mark L. Horwitz and Vincent Albert Citro |
| SCHEDULED DATE/TIME: | August 19, 2020<br>1:00 PM | INTERPRETER: | N/A |

## MINUTES
### Status Conference

| | |
|---|---|
| 1:07 p.m. | Case called. Appearances. |
| 1:08 p.m. | Proceedings sealed. |
| 1:13 p.m. | Proceedings unsealed. The Court grants the defendant's unopposed *ore tenus* motion to continue trial to the January 2021 trial term, contingent upon the filing of a Waiver of Speedy Trial waiving through January 21, 2021. Order to enter. |
| | The Court grants the government's request to extend the deadline to respond to the motion to dismiss filed at Doc. 43. The deadline is extended until further notice. Order to enter. |
| 1:13 p.m. | Conference concluded. |

Total time in court: six minutes