UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                   Case Number: 6:20-cr-97-Orl-31LRH

v.

JOEL MICAH GREENBERG,

      Defendant.

_____/

## WAIVER OF SPEEDY TRIAL THROUGH JANUARY 31, 2021

    I, Joel Micah Greenberg, hereby state to the Court that I have been advised by my undersigned attorney of my rights under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*. I hereby consent to having my case continued for trial until a later date, waive any rights I may have under the Speedy Trial Act, and agree that my trial may begin as late as January 31, 2021.

    Dated: August 19, 2020.

_____
**Joel Micah Greenberg**

Respectfully Submitted,

**LAW OFFICES OF
HORWITZ & CITRO, P.A.**

*s/Mark L. Horwitz*
**MARK L. HORWITZ**
Florida Bar Number: 147442
mark@horwitzcitrolaw.com

*s/Vincent A. Citro*
**VINCENT A. CITRO**
Florida Bar Number: 0468657
vince@horwitzcitrolaw.com

17 East Pine Street
Orlando, Florida 32801
Telephone: (407) 843-7733
Facsimile: (407) 849-1321
Attorneys for Joel Micah Greenberg

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 19, 2020, I electronically filed the foregoing

with the Clerk of the Court by using the CM/ECF system, which will send a notice of

electronic filing to Roger B. Handberg, Assistant United States Attorney, at

roger.handberg@usdoj.gov, and Jennifer M. Harrington, Assistant United States Attorney, at

jennifer.harrington2@usdoj.gov.

*s/Vincent A. Citro*
**VINCENT A. CITRO**
Florida Bar Number: 0468657
Attorney for Joel Micah Greenberg

2