UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO. 6:20-cr-97-Orl-31LRH

JOEL MICAH GREENBERG

**UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE
AND CANCEL AUGUST 27, 2020 HEARING**

The United States of America moves this Court to modify the conditions

of release for the defendant, JOEL MICAH GREENBERG, without a hearing,

as follows:

On June 23, 2020, at the defendant's initial appearance, the Court set

conditions of release. Doc. 8. On August 19, 2020, the Grand Jury returned a

Twelve-count Second Superseding Indictment, charging the defendant with one

count of Sex Trafficking of a Child, in violation of 18 U.S.C. § 1591(a), (b)(2),

(c), (e)(3), and 2, amongst other violations.

Title 18 U.S.C. § 3142(c) requires that the conditions of release include

electronic monitoring, in addition to each of the conditions specified in

subparagraphs (iv) (defendant must abide by specified restrictions on personal

associations, place of abode, or travel), (v) (defendant must avoid all contact

with an alleged victim of the crime and with a potential witness who may testify

concerning the offense), (vi) (defendant must report on a regular basis to a

designating law enforcement agency, pretrial services agency, or other agency), (vii) (defendant must comply with a specified curfew), and (viii) (defendant must refrain from possessing a firearm, destructive device, or other dangerous weapon).

In accordance with 18 U.S.C. § 3142(c), as this case now involves a violation of § 1591 and a minor victim, the parties request a modification to the conditions of release. Specifically, the parties request that in addition to the conditions currently set by the Court, the defendant's conditions of release be modified to include: electronic monitoring, a requirement the defendant avoid contact with the alleged victims in all of the counts (who have been identified to the defendant through counsel), and a curfew of 8:00 p.m.   The other conditions required by 18 U.S.C. § 3142(c) are already included in the defendant's conditions of release.

The parties request that the above modifications be made without the need for a hearing and that the hearing set for August 27, 2020 at 10:15 a.m. be cancelled. The defendant will make himself available to pretrial services in order to effectuate the imposition of electronic monitoring.

The undersigned counsel has contacted counsel for the defendant, who does not oppose this motion.

WHEREFORE, the United States respectfully requests that the Court grant this Motion and modify the defendant's conditions of release to include: electronic monitoring, a requirement the defendant avoid contact with the alleged victims in all of the counts, and a curfew of 8:00 p.m.  The United States also respectfully requests that the Court cancel the hearing that is set for tomorrow, August 27, 2020, at 10:15 a.m. (Doc. 55)

Dated this 26 day of August, 2020.

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

By:     /s/ Jennifer M. Harrington
        JENNIFER M. HARRINGTON
        Assistant United States Attorney
        Florida Bar No. 0117748
        400 W. Washington Street, Suite 3100
        Orlando, Florida 32801
        Telephone:    (407) 648-7500
        Facsimile:    (407) 648-7643
        E-mail: jennifer.harrington2@usdoj.gov

**U.S. v. JOEL MICAH GREENBERG       Case No. 6:20-cr-97-Orl-31LRH**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on August 26, 2020, I electronically filed the

foregoing with the Clerk of the Court by using the CM/ECF system which will

send a notice of electronic filing to the following:

Mark L. Horwitz, Esquire

Vincent A. Citro, Esquire

<div style="margin-left: 50%;">

*/s/ Jennifer M. Harrington*
JENNIFER M. HARRINGTON
Assistant United States Attorney
Florida Bar No. 0117748
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:     (407) 648-7500
Facsimile:      (407) 648-7643
E-mail: jennifer.harrington2@usdoj.gov

</div>