UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

        Plaintiff,

v.                                          Case No: 6:20-cr-97-Orl-31LRH

JOEL MICAH GREENBERG

        Defendant.
_____/

**ORDER**

On June 23, 2020, the Defendant, Joel Micah Greenberg, appeared before the undersigned for his initial appearance on the original Indictment in this case. (Doc. 7.) At the time, the Court ordered Mr. Greenberg to be released pending trial, subject to certain conditions. (Doc. 8.) On August 19, 2020, the grand jury returned the Second Superseding Indictment against Mr. Greenberg. (Doc. 51.) Count One of the Second Superseding Indictment charges a violation of 18 U.S.C. § 1591.

According to 18 U.S.C. § 3142(c), "In any case that involves a minor victim under section . . . 1591 . . . of this title, . . . any release order shall contain, at a minimum, a condition of electronic monitoring and each of the conditions specified at subparagraphs (iv), (v), (vi), (vii), and (viii)." Because the original Indictment did not charge one of the listed offenses, the Court did not include any of the § 3142(c) mandatory conditions as part of its release order for Mr. Greenberg. Now that the Second Superseding Indictment does charge one of the listed offenses—a violation of 18 U.S.C. § 1591—the Court is obligated to impose upon Mr. Greenberg the mandatory conditions.

The Court originally scheduled a hearing to occur on August 27, 2020, at 10:15 a.m., for the purpose of modifying Mr. Greenberg's conditions of release. (Doc. 55.) However, on August 26, 2020, the United States filed its Unopposed Motion To Modify Conditions of Release and Cancel August 27, 2020 Hearing ("Motion"). (Doc. 56.) In the Motion, the United States requests that the Court impose the mandatory conditions without a hearing, and it represents that Mr. Greenberg does not oppose the motion.

Upon consideration of the foregoing, the Motion is hereby **GRANTED**. The hearing scheduled for August 27, 2020, at 10:15 a.m. is **CANCELLED**. Mr. Greenberg's conditions of release are **MODIFIED** to include the following conditions:

1. Defendant shall participate in the Location Monitoring Program and abide by all the rules of the Program and will pay all or part of the costs of the Program as directed by Pretrial Services.

2. Defendant will be restricted to his residence every day from 8:00 p.m. until 6:00 a.m., or as directed by the Pretrial Services Office.

3. Location monitoring will be performed using electronic monitoring equipment, at the discretion of the Pretrial Services Office.

4. Defendant shall avoid all contact with any alleged victim of the charged offenses and with any potential witnesses who may testify concerning the offenses.

All other previously imposed conditions remain in place.

**DONE** and **ORDERED** in Orlando, Florida on August 26, 2020.

EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE

- 3 -

Copies furnished to:

United States Pretrial Services Office