# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.                                                              **Case No: 6:20-cr-97-Orl-31LRH**

**JOEL MICAH GREENBERG**

_____

| JUDGE: | **EMBRY J. KIDD**<br>United States Magistrate Judge | DATE AND TIME: | **August 27, 2020**<br>3:00 P.M. – 3:01 P.M. |
|---|---|---|---|
| Courtroom: | 4C | TOTAL TIME: | 1 minute |
|  | T. LeGros | REPORTER: | Digital<br>Orlando_Digital_Transcripts<br>@flmd.uscourts.gov |
| INTERPRETER: | N/A |  |  |

## CLERK'S MINUTES
### ARRAIGNMENT
**(WAIVER OF PRESENCE FILED)**

Case called, procedural setting by the Court.
Court accepts and endorses defendant's waiver of presence at arraignment and plea of not guilty.
Criminal Scheduling Order previously entered.
Court adjourned.