# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.                                         **CASE NO: 6:20-cr-97-Orl-31LRH**

**JOEL MICAH GREENBERG**

## ORDER

This cause came on for consideration without oral argument on the following motions filed herein:

> **MOTION:**    **DEFENDANT'S MOTIONS TO DISMISS (Docs. 35 and 43)**
>
> **FILED:**      August 13, 2020
>
> ---
>
> **THEREON** it is **ORDERED** that the motions are **DENIED AS MOOT**. Defendant may file a new motion to dismiss as to the Second Superseding Indictment (Doc. 51) by October 2, 2020.

**DONE** and **ORDERED** in Orlando, Florida on September 2, 2020.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant