# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                            **CASE NO: 6:20-cr-97-Orl-31LRH**

**JOEL MICAH GREENBERG**

## ORDER

This cause comes before the Court on the Amended Motion for a Bill of Particulars (Doc. 26) filed July 14, 2020.

On August 20, 2020, the United States Magistrate Judge issued a report (Doc. 50) recommending that the motion be denied. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Amended Motion for a Bill of Particulars (Doc. 26) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on September 10, 2020.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office

Counsel for Defendant