UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Case Number: 6:20-cr-97-Orl-31LRH

JOEL MICAH GREENBERG,

    Defendant.

_____/

## DEFENDANT JOEL MICAH GREENBERG'S
## WAIVER OF SPEEDY TRIAL THROUGH MARCH 31, 2021

I, Joel Micah Greenberg, hereby state to the Court that I have been advised by my undersigned attorney of my rights under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*. I hereby consent to having my case continued for trial until a later date, waive any rights I may have under the Speedy Trial Act, and agree that my trial may begin as late as March 31, 2021.

Dated: November 25, 2020.

_____
Joel Micah Greenberg

Respectfully Submitted,

**LAW OFFICES OF**
**HORWITZ & CITRO, P.A.**

s/Mark L. Horwitz
**MARK L. HORWITZ**
Florida Bar Number: 147442
mark@horwitzcitrolaw.com

s/Vincent A. Citro
**VINCENT A. CITRO**
Florida Bar Number: 0468657
vince@horwitzcitrolaw.com

17 East Pine Street
Orlando, Florida 32801
Telephone: (407) 843-7733
Facsimile: (407) 849-1321
Attorneys for Joel Micah Greenberg

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 25, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to Roger B. Handberg, Assistant United States Attorney, at roger.handberg@usdoj.gov, and Jennifer M. Harrington, Assistant United States Attorney, at jennifer.harrington2@usdoj.gov.

s/ Mark L. Horwitz
**MARK L. HORWITZ**
Florida Bar Number: 147442
Attorney for Joel Micah Greenberg

2