# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                                    **CASE NO: 6:20-cr-97-Orl-31LRH**

**JOEL MICAH GREENBERG**

| JUDGE: | Gregory A. Presnell | COUNSEL FOR GOVERNMENT: | Roger Bernard Handberg, III |
|---|---|---|---|
| DEPUTY CLERK: | Lisa Milliron | | |
| COURT REPORTER: | Nikki Peters | COUNSEL FOR DEFENDANT: | Mark L. Horwitz |
| SCHEDULED DATE/TIME: | November 30, 2020 10:00 AM | INTERPRETER: | N/A |

## MINUTES
### Status Conference

| | |
|---|---|
| 10:00 a.m. | Case called.  Appearances. |
| | Counsel provide the Court with a status of the case. |
| | Without objection, the Court grants the written motion to continue trial to the March 2021 trial term filed at Doc. 65.  Counsel for the parties anticipate this trial will be three weeks in length.  Order to enter. |
| 10:03 a.m. | Conference concluded. |

Total time in court:  three minutes