# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNTIED STATES OF AMERICA,

     Plaintiff,

v.                                         CASE NO.: 6:20-CR-97-Orl-31LRH

JOEL MICAH GREENBERG,

     Defendant.

_____/

## <u>NOTICE OF APPEARANCE</u>

Fritz Scheller files this Notice of Appearance of the undersigned counsel for JOEL MICAH

GREENBERG in the above-captioned case.

Dated this 18th day of December 2020.

<div align="right">

/s/ Fritz Scheller\
Fritz Scheller\
Florida Bar No. 183113\
Fritz Scheller, P.L.\
200 E. Robinson St., Ste. 1150\
Orlando, FL 32801\
PH:    (407) 792-1285\
FAX:  (407) 649-1657\
Email: fscheller@flusalaw.com\
*Attorney for Defendant*

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2020, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all parties of record.

<div style="margin-left: 50%;">

*/s/ Fritz Scheller*
Fritz Scheller
Florida Bar No. 183113
Fritz Scheller, P.L.
200 E. Robinson St., Ste. 1150
Orlando, FL 32801
PH:     (407) 792-1285
FAX:   (407) 649-1657
Email: fscheller@flusalaw.com
*Attorney for Defendant*

</div>