UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                            Case Number: 6:20-cr-97-Orl-31LRH

v.

JOEL MICAH GREENBERG,

    Defendant.
_____/

**UNOPPOSED MOTION AND MEMORANDUM**
**TO WITHDRAW AS COUNSEL**

COMES NOW the undersigned counsel, Mark L. Horwitz, Esquire and Vincent A. Citro, Esquire, Law Offices of Horwitz & Citro Law, P.A., and hereby files this motion and memorandum to withdraw as counsel for Mr. Joel Micah Greenberg.

Mr. Greenberg informed the undersigned that he has retained Fritz Scheller, Esquire, to represent him in this matter going forward. Mr. Scheller has filed a Notice of Appearance in this case on December 18, 2020 (Doc. 71). Undersigned counsel advises the Court that Mr. Greenberg approves of this motion.

The Sixth Amendment guarantees that any person brought to trial in a federal court has the right to assistance of counsel. *Faretta v. California*, 422 U.S. 806 (1975). In *Wheat v. United States*, 486 U.S. 153 (1988), this Sixth Amendment guarantee of counsel encompasses a defendant's right to choose his attorney. *See also United States v. Gonzalez-Lopez*, 548 U.S. 140 (2006).

WHEREFORE, the undersigned counsel hereby requests that the Court enter an order allowing Mark L. Horwitz, Esquire and Vincent A. Citro, Esquire, to withdraw as counsel for Mr. Joel Micah Greenberg.

Respectfully submitted on December 21, 2020.

**LAW OFFICES OF**
**HORWITZ & CITRO, P.A.**

s/   Mark L. Horwitz
**MARK L. HORWITZ**
Florida Bar Number: 147442
mark@horwitzcitrolaw.com
s/Vincent A. Citro
**VINCENT A. CITRO**
Florida Bar Number 0468657
vince@horwitzcitrolaw.com
17 East Pine Street
Orlando, Florida 32801
(407) 843-7733
Fax: (407-849-1321
Attorneys for Joel Micah Greenberg

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 21, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to Roger B. Handberg, Assistant United States Attorney, at roger.handberg@usdoj.gov, and Jennifer M. Harrington, Assistant United States Attorney, at jennifer.harrington2@usdoj.gov.

s/   Mark L. Horwitz