# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

UNTIED STATES OF AMERICA,

    Plaintiff,

v.                                 CASE NO.: 6:20-CR-97-Orl-31LRH

JOEL MICAH GREENBERG,

    Defendant.

_____/

## WAIVER OF SPEEDY TRIAL

After consultation with his undersigned counsel, the Defendant, JOEL MICAH GREENBERG, hereby voluntarily and knowingly waives his right to a speedy trial under 18 U.S.C. § 3161, et seq., and the Sixth Amendment of the U.S. Constitution. This is a waiver of Mr. Greenberg's speedy trial rights up to and including January 1, 2022.

Respectfully submitted,

Dated: 1/22/2021

_____
Joel Micah Greenberg

Dated: 1/22/2021

_____
Fritz Scheller
Florida Bar No. 0183113
Fritz Scheller, P.L.
200 E. Robinson St., Ste. 1150
Orlando, FL 32801
PH:   (407) 792-1285
FAX:  (407) 649-1657
Attorney for Defendant

1

## CERTIFICATE OF SERVICE

On January 25th, 2021, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

/s/ Fritz J. Scheller
FRITZ J. SCHELLER
Florida Bar Number 183113
Fritz Scheller, P.L.
200 E. Robinson St., Ste. 1150
Orlando, Florida 32801
Telephone: 407-792-1285
Facsimile: 407-649-1657
Email: fscheller@flusalaw.com
Attorney for Defendant