# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                                                                         **CASE NO: 6:20-cr-97-Orl-31LRH**

**JOEL MICAH GREENBERG**

| JUDGE: | Gregory A. Presnell | COUNSEL FOR GOVERNMENT: | Roger Bernard Handberg, III |
|---|---|---|---|
| DEPUTY CLERK: | Lisa Milliron | | |
| COURT REPORTER: | Nikki Peters | COUNSEL FOR DEFENDANT: | Fritz J. Scheller |
| SCHEDULED DATE/TIME: | January 25, 2021 9:30 AM | INTERPRETER: | N/A |

## MINUTES
### Status Conference

| | |
|---|---|
| 9:30 a.m. | Case called.  Appearances. |
| | Counsel provide the Court with a status of the case. |
| | *Ore tenus* motion by counsel for Defendant to continue the trial in this case to June 2021.  Without objection, the motion is granted pending the filing of a Waiver of Speedy Trial waiving through June 2021.  Order to enter. |
| 9:33 a.m. | Conference concluded. |

Total time in court:  three minutes