**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNTIED STATES OF AMERICA,

    Plaintiff,
v.                                         CASE NO.: 6:20-CR-97-Orl-31LRH

JOEL MICAH GREENBERG,

    Defendant.
_____/

**UNOPPOSED MOTION TO FILE**
**MOTION TO MODIFY CONDITIONS OF RELEASE UNDER SEAL**

    The Defendant, JOEL GREENBERG, moves this Honorable Court to allow him to file his Unopposed Motion to Modify Conditions of Release under Seal. In support thereof, Mr. Greenberg states the following:

    1.    Mr. Greenberg's next status hearing is set for on May 11, 2021. Doc. 78.

    2.    Mr. Greenberg intends to file a motion to modify conditions of release. This motion is based on information of a sensitive and a confidential nature.

    3.    The government does not oppose the relief sought in this motion.

**MEMORANDUM OF LAW**

    The public possesses a common-law right to inspect and copy judicial records and public documents. *In re Alexander Grant & Co. Litig.*, 820 F.2d 352, 355 (11th Cir.1987). However, the public's right of access to judicial records may be overcome by a showing of good cause. *Federal Trade Comm'n v. Alcoholism Cure Corp.*, No. 3:10-cv-266-J-34TEM, 2010 WL 4840046 (M.D. Fla. Nov. 23, 2010).

    Good cause requires balancing the right of access against the party's interest in keeping the information confidential. Whether good cause exists is determined by the nature and character of the

information. Courts consider whether allowing access would impair court functions or harm legitimate privacy interests, the degree of likelihood of injury if the information is made public, the reliability of the information, whether there will be an opportunity to respond to the information, whether the information concerns public officials or public concerns, and the availability of a less onerous alternative. *Federal Trade Comm'n*, *supra,* at *3, citing *Romero v. Drummond Co.*, 480 F.3d 1234, 1246 (11th Cir.2007).

As previously noted, Mr. Greenberg's motion to modify conditions of release will be based on sensitive and confidential information. Because the privacy interest in this information outweighs the public's interest, good cause exists for the sealing of Mr. Greenberg's motion to modify conditions of release.

WHEREFORE, the Defendant, Joel Greenberg, moves this Honorable Court to allow him to file his Motion to Modify Conditions of Release under Seal.

Respectfully submitted this 26th day of February 2021.

/s/ Fritz Scheller
Fritz Scheller
Florida Bar No. 0183113

3

## CERTIFICATE OF SERVICE

On February 26, 2021, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all parties of record.

/s/ Fritz Scheller
Fritz Scheller
Florida Bar No. 0183113
Fritz Scheller, P.L.
200 E. Robinson St., Ste. 1150
Orlando, Florida 32801
PH:     (407) 792-1285
FAX:   (407) 649-1657
Email: fscheller@flusalaw.com
Attorney for Joel Greenberg