SEALED

AO 442 (Rev. 05/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## Middle District of Florida

**WARRANT FOR ARREST**

**UNITED STATES OF AMERICA**

VS.    **CASE NO: 6:20-cr-97-GAP-LRH**

**JOEL MICAH GREENBERG**

To:  The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Joel Micah Greenberg,** and bring him forthwith to the nearest magistrate judge to answer a **Pretrial Release Violation Petition** charging him with:    See Petition.

| | |
|---|---|
| T. LeGros<br>Name of Issuing Officer | *T. LeGros*<br>Signature of Issuing Officer |
| Deputy Clerk<br>Title of Issuing Officer | March 2, 2021, Orlando, Florida<br>Date and Location |

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named individual at:<br>Orlando Federal Courthouse, cellblock | | |
| DATE RECEIVED<br>3-2-21 | NAME AND TITLE OF ARRESTING OFFICER<br>DUSM L. Guzman | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST<br>3-3-21 | | |