UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

VS.  CASE NO. 6:20-cr-97-GAP-LRH

**JOEL MICAH GREENBERG**

AUSA: Roger Handberg
Jennifer Harrington
Defense Attorney: Fritz Scheller

| JUDGE: | **EMBRY J. KIDD** United States Magistrate Judge | DATE AND TIME: | **March 3, 2021** **2:38 P.M. – 2:44 P.M.** |
|---|---|---|---|
| Courtroom: | 4C | TOTAL TIME: | 6 minutes |
| DEPUTY CLERK: | T. LeGros | RECORDING: | Digital |
|  |  | REQUEST TRANSCRIPT: | Orlando_Digital_Transcripts @flmd.uscourts.gov |
| INTERPRETER: | N/A | PRETRIAL: | Charles Sweatt |

### CLERK'S MINUTES
### INITIAL APPEARANCE ON VIOLATION OF PRETRIAL RELEASE

Case called, appearances made, procedural setting by the Court.
Court advises defendant of his rights.
Government summarizes the violations in the petition.
Government is seeking detention.
Defendant waives his right to a preliminary hearing.
Defendant does not contest the violations in the petition.
Court revokes bond and defendant will remain in custody pending further proceedings; Order to enter.
Court adjourned