# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.                                         CASE NO: 6:20-cr-97-GAP-LRH

JOEL MICAH GREENBERG

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed.R.Crim.P.5, or to a preliminary hearing under Fed.R.Crim.P.32.1.

I agree to waive my right to a preliminary hearing under Fed.R.Crim.P.5 or Fed.R.Crim.P.32.1.

_3/3/2021_
Date

_[signature]_
Defendant's signature

_[signature]_
Signature of defendant's attorney

_200 East Robinson, Orlando_
Address of defendant's attorney

_fscheller@usalaw.com_
E-mail address of defendant's attorney

_407-792-1285_
Telephone number of defendant's attorney