**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA

VS.                                                CASE NO: 6:20-cr-97-GAP-LRH

JOEL MICAH GREENBERG

**ORDER REVOKING CONDITIONS OF RELEASE**

Pursuant to 18 U.S.C. § 3148(B) a hearing was held on the Government's motion for revocation of conditions of Defendant's release. Appearing were: Defendant, personally, counsel for the Defendant and the Assistant United States Attorney.

Based upon the evidence received, the Court finds:

Clear and convincing evidence Defendant violated conditions of release as set forth in the Petition for Action on Conditions of Pretrial Release filed 3/2/2021 (Doc. 81).

The Court further finds the Defendant shall be detained because:

There are no combination of conditions of release, based on the factors set forth in 21 U.S.C. § 3142(g) that will reasonably assure the Defendant's appearance.

**IT IS ORDERED** that the Defendant shall be detained in the custody of the U.S. Marshals Service.   3rd day of March, 2021

                                                          EMBRY J. KIDD
                                          UNITED STATES MAGISTRATE JUDGE