1

```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                          ORLANDO DIVISION

- - - - - - - - - - - - - - - -X
UNITED STATES OF AMERICA,       :
                                :
                                : Case No.:
       Plaintiff,               : 6:20-cr-97-GAP-LRH
                                :
vs.                             :
                                : Orlando, Florida
JOEL MICAH GREENBERG,           : March 3, 2021
                                : 2:38 p.m.
                                :
       Defendant.               :
- - - - - - - - - - - - - - - -X

        TRANSCRIPT OF INITIAL APPEARANCE ON VIOLATION
                     OF PRETRIAL RELEASE
             BEFORE THE HONORABLE EMBRY J. KIDD
                UNITED STATES MAGISTRATE JUDGE


APPEARANCES:

Counsel for Plaintiff:      Roger B. Handberg, III and
                            Jennifer M. Harrington
                            U.S. Attorney's Office
                            400 W. Washington St., Suite 3100
                            Orlando, FL 32801

Counsel for Defendant:      Fritz J. Scheller
                            Fritz Scheller, PL
                            200 E. Robinson St., Suite 1150
                            Orlando, FL 32801




Proceedings recorded by digital recording.
Transcript produced by computer-aided transcription.


Court Reporter:   Suzanne L. Trimble, CCR, CRR, RPR
                  Federal Official Court Reporter
                  401 West Central Boulevard, Suite 4600
                  Orlando, Florida 32801
                  e-mail: trimblecourtreporter@gmail.com
```

P R O C E E D I N G S

THE COURTROOM DEPUTY: Case No. 6:20-cr-97, United States of America v. Joel Micah Greenberg.

Counsel, please state your appearance for the record.

MR. HANDBERG: Good afternoon, Your Honor. Roger Handberg on behalf of the United States. With me is Jennifer Harrington with the U.S. Attorney's Office and Special Agent Nevada Gump with the United States Secret Service.

THE COURT: Good afternoon.

MR. SCHELLER: Good afternoon, Your Honor. Fritz Scheller. I'm here on behalf of Joel Greenberg, who is seated to my right.

THE COURT: All right. Good afternoon.

Mr. Greenberg, you're here because there has been a petition filed alleging that you have violated the conditions of your pretrial release. This proceeding is governed by Title 18 of the United States Code, Section 3148.

Mr. Handberg, can you summarize the allegations in the petition?

MR. HANDBERG: Yes. Thank you, Your Honor. And we're proceeding under 3148(b)(1)(B), which provides for a revocation where there's clear and convincing evidence a person has violated a condition of release.

As set forth in the pretrial services petition, there are two such allegations. The first is that Mr. Greenberg violated

1   the requirement that he maintain his travel and residence in the
2   Middle District of Florida, unless he receives permission.  That
3   was in his original bond conditions, docket entry 8.  And the
4   allegation is this past Sunday, on February 28th, 2021, he
5   traveled to Jupiter, Florida, in the Southern District of
6   Florida, as evidenced by an incident report numbered 21-000718
7   from the Jupiter Police Department.
8       The second violation relates to a condition that was imposed
9   later in the case, I think it was docket entry 57, which
10  restricts him to his residence every day from 8:00 p.m. until
11  6:00 a.m., in effect a curfew, or as permitted by the pretrial
12  services office.  And the allegation is that on Sunday,
13  February 28th, 2021, at approximately 4:52 in the morning, his
14  location monitoring equipment at his residence reported that he
15  had left the range of his equipment, indicating he had left the
16  residence, prior to his 6:00 a.m. curfew.
17      And so based on those allegations, the United States seeks
18  Mr. Greenberg's detention under Section 2, both A and B.  We
19  think both of those were satisfied in this case.
20          THE COURT:  All right.  And is the United States
21  prepared to proceed today?
22          MR. HANDBERG:  Yes, Your Honor.
23          THE COURT:  All right.  Mr. Greenberg, as Mr. Handberg
24  just explained, my consideration today is governed, as I said,
25  by 18 U.S.C., Section 3148, which requires me to determine

4

1  whether there is clear and convincing evidence that you have
2  violated the conditions of your release.  Mr. Handberg has just
3  explained the conditions that are at issue, and you are entitled
4  to a hearing on these violations.
5      Mr. Scheller, how would Mr. Greenberg like to proceed?
6          MR. SCHELLER:  Your Honor, we're going to -- with
7  agreement with the Government, we're going to admit to the
8  violations.  We're not moving for a bond hearing.  We would
9  request release at this point.
10         THE COURT:  Okay.  Very well.  So based on the
11 information that is set forth in the petition that is not
12 contested by Mr. Greenberg, I do find that there is clear and
13 convincing evidence to believe that you have violated the
14 conditions of your release, and based on that information, which
15 includes traveling outside of the Middle District of Florida,
16 violating your curfew, and apparently engaging in conduct that
17 resulted in the calling of the police on February 28th, I do
18 find that there are no additional conditions that I could set
19 that would reasonably assure me that you would not flee.  I
20 think particularly that's at issue here, given the travel
21 restrictions that were violated, as well as the curfew that was
22 violated.  Therefore, I will hold you in the custody of the
23 United States Marshals pending further proceedings in this
24 court.
25     You may, of course, file a motion to revisit that at any

1    time, and we'll have a hearing if necessary.
2         Is there anything else, Mr. Scheller?
3              MR. SCHELLER:  No, Your Honor, and thank you.  I was
4    going to reserve the right on that.  We may file a motion at a
5    later time after discussions with the Government.  Thank you.
6              THE COURT:  Okay.  Mr. Handberg, is there anything
7    else from your perspective?
8              MR. HANDBERG:  No, Your Honor.  Thank you.
9              THE COURT:  Anything else from the defense?
10             MR. SCHELLER:  No.  Thank you, sir.
11             THE COURT:  All right.  Thank you, everyone.  This
12   hearing is adjourned.
13        (WHEREUPON, this matter was concluded at 2:44 p.m.)
14                            *   *   *
15                      <u>CERTIFICATE OF REPORTER</u>
16
     I certify that the foregoing is a correct transcript of the
17   record of proceedings in the above-entitled matter.
18
       /s/ Suzanne L. Trimble_____              3/31/21
19     Suzanne L. Trimble, CCR, CRR, RPR             Date
       Official Court Reporter
20
21
22
23
24
25