# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

UNITED STATES OF AMERICA

vs.  Case No. 6:20-cr-97-GAP-LRH

JOEL MICAH GREENBERG

## ORDER

In accordance with Local Rule 7.02(a)(2), Mike Schneider of the Associated Press is permitted to bring his iPhone into the courthouse while attending the status conference before the undersigned at 1:00 p.m. on April 8, 2021, in Courtroom 5A, and the arraignment before the Honorable Leslie R. Hoffman at 10:00 a.m. on April 9, 2021, in Courtroom 5D. Mr. Schneider's iPhone must be on silent while in the courtroom. Photography, recording or live transmission of any kind from the courtroom is strictly prohibited. See Local Rule 5.01.

**DONE AND ORDERED** in Orlando, Florida on April 1st, 2021.

GREGORY A. PRESNELL
United States District Judge

Copies to:
U.S. Marshal Service
Court Security Officer
Division Manager