## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                        **CASE NO: 6:20-cr-97-GAP-LRH**

**JOEL MICAH GREENBERG**

_____

### ORDER

Having received requests from members of the press, the Court waives the prohibitions regarding electronics in the courthouse (*See* Local Rule 7.02) for the limited purpose of allowing any member of the press to enter the courthouse with a laptop computer, tablet, or cellular phone to attend any proceedings before the undersigned held in this case.   Any member of the press entering the courthouse with a laptop, tablet, or cellular phone must present the Court Security Officers with media credentials and a copy of this order and allow for a security inspection of their equipment if requested by the officers.

All cell phones must be turned off while in the courtroom, whether or not court is in session.   Live transmission of any kind from the courtroom by any electronic device is prohibited.   This prohibition includes, but is not limited to, texting, emailing, tweeting, blogging, and messaging or posting via social media. In addition, no audio or video recording is allowed in the courthouse at any time.

All inquiries by any member of the press shall be directed to Megan Mann at 904-549-1915.   Members of the press should not contact my chambers directly.

**DONE** and **ORDERED** in Orlando, Florida on April 5, 2021.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant