UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNTIED STATES OF AMERICA,

    Plaintiff,

v.                                                 CASE NO.: 6:20-CR-97-Orl-31LRH

JOEL MICAH GREENBERG,

    Defendant.

_____/

## WAIVER OF DEFENDANT'S PRESENCE AT ARRAIGNMENT AND PLEA OF NOT GUILTY

I, JOEL MICAH GREENBERG, the above named defendant, do hereby waive my right to be present at Arraignment and enter a plea of not guilty to the charges. I hereby state that I have received a copy of the charging instrument and have reviewed it with my counsel.

_____       _____
*Signature of defendant's attorney*                   *Defendant's signature*

Date: 4/7/2021                                    Date: 4-7-2021

Fritz Scheller, Bar No. 183113
*Printed name and bar number of defendant's attorney*

200 East Robinson St., Orlando, FL 32801
*Address of defendant's attorney*

407-792-1285
*Telephone number of defendant's attorney*

## CONSENT TO WAIVER OF DEFENDANT'S PRESENCE AT ARRAIGNMENT AND RECEIPT OF PLEA OF NOT GUILTY

I hereby accept the Waiver of Defendant's Presence at Arraignment and Entry of Not Guilty Plea and direct that the plea of not guilty be received for filing.

_____
LESLIE R. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

Date: _____