# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

VS.  CASE NO: 6:20-cr-97-GAP-LRH

**JOEL MICAH GREENBERG**

| | | | |
|---|---|---|---|
| **JUDGE:** | Gregory A. Presnell | **COUNSEL FOR GOVERNMENT:** | Roger Bernard Handberg, III; Jennifer Harrington |
| **DEPUTY CLERK:** | Lisa Milliron | | |
| **COURT REPORTER:** | Heather Suarez heathersuarez.usocr@gmail.com | **COUNSEL FOR DEFENDANT:** | Fritz J. Scheller |
| **SCHEDULED DATE/TIME:** | April 8, 2021 1:00 PM | **INTERPRETER:** | N/A |

## MINUTES
### Status Conference

| | |
|---|---|
| 1:01 p.m. | Court in session. Appearances. Procedural setting by the Court. |
| | Counsel provide the Court with a status of the case. |
| | The parties agree this case should resolve by guilty plea, and counsel for Defendant requests a plea date by May 15, 2021. |
| | Should a change of plea not occur, the parties agree to a July 2021 trial. |
| 1:07 p.m. | Court adjourned. |

Total time in court: six minutes