**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Case No.: |
| Plaintiff, | : | 6:20-cr-00097-GAP-LRH-1 |
| v. | : | Orlando, Florida |
| | : | April 8, 2021 |
| | : | 1:00 P.M. |
| **JOEL MICAH GREENBERG,** | : | |
| Defendant. | : | |

**TRANSCRIPT OF STATUS CONFERENCE**
**BEFORE THE HONORABLE GREGORY A. PRESNELL**
**UNITED STATES DISTRICT JUDGE**

APPEARANCES:

For the Plaintiff: Roger B. Handberg III
Jennifer M. Harrington
U.S. Attorney's Office
400 West Washington Street
Suite 3100
Orlando, Florida 32801

For the Defendant: Fritz J. Scheller
Fritz Scheller, PL
200 East Robinson Street
Suite 1150
Orlando, Florida 32801

Court Reporter: Heather Suarez, RPR, FCRR
401 West Central Boulevard
Suite 4600
Orlando, Florida 32801
heathersuarez.usocr@gmail.com

Proceedings recorded by mechanical stenography.
Transcript produced by computer-aided transcription.

**P R O C E E D I N G S**

(Call to order of the court at 1:00 P.M.)

**THE COURT:** Okay. Lisa, call the case.

**THE COURTROOM DEPUTY:** This is in the matter of United States of America v. Joel Micah Greenberg, Case No. 6:20-criminal-97-GAP-LRH.

**THE COURT:** Okay. And appearing for the Government?

**MR. HANDBERG:** Good afternoon, Your Honor. Roger Handberg on behalf of the United States. With me is Jennifer Harrington with my office and Nevada Gump with the United States Secret Service.

**THE COURT:** All right. Thank you.

And for the defendant?

**MR. SCHELLER:** Good afternoon, Your Honor. Fritz Scheller on behalf of Joel Greenberg.

**THE COURT:** Okay. Thank you.

We set this time for a status conference. The case is set for trial in June, but there have been some recent new charges, and so it occurred to me that the June trial date may not be viable anymore, so I wanted to get together with counsel and see what the status was so we could plan our schedules accordingly.

Mr. Handberg?

**MR. HANDBERG:** Your Honor, what I would suggest is you keep it on the June trial docket because I conferred with

Mr. Scheller, and we believe this case is going to be a plea. My hope would be we would get that done this month. So if that didn't happen, I think we have a regularly scheduled status conference in May or we could set another status conference, but we expect this case to result in a guilty plea.

**THE COURT:** Mr. Scheller?

**MR. SCHELLER:** Judge, I agree with the Government's representations. I don't think it's realistic that a plea will be resolved this month. I do think it can be resolved in May. I will tell you that the superseding indictment -- the new charges really didn't have an impact on this case. Ms. Harrington and Mr. Handberg have been -- gave me fair -- well in advance gave me fair notice of those pending charges. So it's not a question of needing more time, but I do -- I am concerned with the idea on April 9th that we'll be able to enter a plea by the end of this month. I don't think that's realistic.

**THE COURT:** Well, we also need to accommodate the possibility that there's an impasse and the plea doesn't happen, and we need to keep this on a trial schedule. It's been -- the can's been kicked down the road a good bit. So --

**MR. SCHELLER:** Oh, I agree with that. And I -- I think, if I wasn't articulate on this issue, what I'm saying is I expect this case to resolve with a plea before the June trial date. I was more concerned about the deadlines in terms of the

plea.

**THE COURT:** Well, are you saying you need almost two months just to work out a plea agreement?

**MR. SCHELLER:** No, I didn't say that, sir. I said that -- let me back up. What I was saying is, is that I do think a plea can be arrived at before the June 6 trial date. What I'm concerned about is the setting of this Court's deadline as to the entry of that plea.

**THE COURT:** Well, what deadline do you-all suggest?

**MR. SCHELLER:** May I have a moment?

**THE COURT:** Sure.

(Counsel conferring off the record.)

**MR. SCHELLER:** Your Honor, I would request a plea date by May 15th.

**THE COURT:** Okay. And if for some reason we don't meet that deadline, is it reasonable to keep this on a June trial docket, or should we bump the trial?

**MR. SCHELLER:** If we don't meet -- if we do not meet the deadline, I don't think it's reasonable to keep it on the June docket.

**THE COURT:** Well, that was my concern. So, hopefully, this won't be a problem and the plea will be resolved, but if it's not resolved by May 15th, I need to put it on a trial docket. So July?

**MR. SCHELLER:** Yes.

**MR. HANDBERG:** That works for the United States, Your Honor.

**THE COURT:** Okay. So can I take this as an indication that a plea agreement will be reached by May 15th, but in the event that does not happen, the parties jointly agree to a trial on the July docket?

**MR. HANDBERG:** Yes, Your Honor.

**MR. SCHELLER:** Yes.

**THE COURT:** So we're all in agreement on that?

**MR. SCHELLER:** Yes, sir.

**MR. HANDBERG:** Yes, Your Honor.

**THE COURT:** Okay. Is there anything else we need to consider while we're here today?

**MR. HANDBERG:** Not from the United States, Your Honor. Thank you.

**THE COURT:** Mr. Scheller?

**MR. SCHELLER:** No, sir.

**THE COURT:** All right. Thank you. We'll be in recess.

(Proceedings concluded at 1:06 P.M.)

**CERTIFICATE OF REPORTER**

I certify that the foregoing is a correct transcript of the record of proceedings in the above-titled matter.

Heather Suarez, RPR, FCRR
U.S. Official Court Reporter

04/08/2021
Date