UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 6:20-cr-97-GAP-LRH

JOEL MICAH GREENBERG

AUSA: Jennifer Harrington

| JUDGE: | LESLIE R. HOFFMAN<br>United States Magistrate Judge | DATE AND TIME: | April 9, 2021<br>10:03-10:05<br>2 minutes |
|---|---|---|---|
| Courtroom: | 5D | TOTAL TIME: | |
| DEPUTY CLERK: | Edward Jackson | REPORTER: | Digital<br>Orlando_Digital_Transcripts@flmd.uscourts.gov |
| INTERPRETER: | None | PRETRIAL/PROB: | No Appearance |

CLERK'S MINUTES
ARRAIGNMENT ON THIRD SUPERSEDING INDICTMENT

Case called; appearances taken; procedural setting by the Court.
Defendant filed a Waiver of Defendant's Presence at Arraignment and Entry of Not Guilty Plea.
Court accepted and signed the waiver.
Previously set dates to remain.