UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNTIED STATES OF AMERICA,

    Plaintiff,

v.                                             CASE NO.: 6:20-CR-97-Orl-31LRH

JOEL MICAH GREENBERG,

    Defendant.
_____/

## WAIVER OF DEFENDANT'S PRESENCE AT ARRAIGNMENT AND PLEA OF NOT GUILTY

    I, JOEL MICAH GREENBERG, the above named defendant, do hereby waive my right to be present at Arraignment and enter a plea of not guilty to the charges. I hereby state that I have received a copy of the charging instrument and have reviewed it with my counsel.

_____
Signature of defendant's attorney

Date: 4/7/2021

Fritz Scheller, Bar No. 183113
Printed name and bar number of defendant's attorney

_____
Defendant's signature

Date: 4-7-2021

200 East Robinson St., Orlando, FL 32801
Address of defendant's attorney

407-792-1285
Telephone number of defendant's attorney

## CONSENT TO WAIVER OF DEFENDANT'S PRESENCE AT ARRAIGNMENT AND RECEIPT OF PLEA OF NOT GUILTY

    I hereby accept the Waiver of Defendant's Presence at Arraignment and Entry of Not Guilty Plea and direct that the plea of not guilty be received for filing.

_____
LESLIE R. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

Date: 4/9/21