**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                                                                      **CASE NO: 6:20-cr-97-GAP-LRH**

**JOEL MICAH GREENBERG**

---

### ORDER AND NOTICE OF CHANGE OF PLEA HEARING

TAKE NOTICE that a **Change of Plea hearing** is scheduled for **MONDAY, MAY 17, 2021** at **10:00 A.M**. This hearing will be held before the **Honorable Leslie R. Hoffman** in **Courtroom No. 5D**, U.S. Courthouse, 401 W. Central Boulevard, Orlando, Florida. The Defendant is required to be present.

If there have been any representations or promises made to the Defendant, including that the United States will recommend that the case be handled in an expedited manner, such representations and promises must be set forth in a written document filed with the Court before the Change of Plea hearing begins.

Failure to comply with the requirements of this Order may result in cancellation of the scheduled Change of Plea hearing. If the Change of Plea hearing cannot be rescheduled before the beginning of the trial term, the parties must file a motion for permission to conduct the Change of Plea hearing after the beginning of the trial term.

The procedures set forth in the December 22, 2020 Covid-19 Order, *In re: Restrictions on Courthouse Access due to Covid-19*, Case No. 3:20-mc-23-TJC, remain in full force and effect and will be adhered to for this hearing.  This includes social distancing and spaced seating within the courtroom.   To that end, seating will be limited in Courtroom 5D.   However, **Courtroom 6A** will

be provided as an overflow courtroom with both audio and video feed for members of the media and the public. Because this hearing is being conducted in person, **remote access to the hearing will not be available.**

No electronics shall be permitted inside the courthouse or courtroom other than those allowed pursuant to M.D. Fla. Local Rule 7.02. **Members of the press shall not be permitted to bring electronics into the courthouse or courtroom for this hearing. All inquiries by any member of the press shall be directed to Megan Mann at 904-549-1915. Members of the press should not contact my chambers directly.**

Dated: May 13, 2021

*Leslie R. Hoffman*
LESLIE R. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Marshal
United States Attorney
United States Pretrial Services
Counsel for Defendant