# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                                                 **CASE NO: 6:20-cr-97-GAP-LRH**

**JOEL MICAH GREENBERG**

## ORDER

In accordance with Local Rule 7.02(a)(2), Mike Schneider of the Associated Press is authorized to bring his iPhone into the courthouse for the limited purpose of attending the change of plea hearing before the undersigned, scheduled for Monday, May 17, 2021 at 10:00 a.m. Mr. Schneider must present a copy of this Order, along with his media credentials, to the Court Security Officers and allow for a security inspection of his iPhone if requested by the Officers. Mr. Schneider's iPhone must be on silent while in the courtroom, and photography, recording, or live transmission of any kind from the courtroom is strictly prohibited. *See* Local Rule 5.01.

**DONE** and **ORDERED** in Orlando, Florida on May 13, 2021.

*[signature]*

**LESLIE R. HOFFMAN**
**UNITED STATES MAGISTRATE JUDGE**