# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 6:20-cr-97-GAP-LRH

JOEL MICAH GREENBERG

## AMENDED ORDER

In response to repeated questions from members of the media, and with the consent of Mr. Schneider, the Court is issuing the following amended order, which replaces the Court's previous Order entered today (Doc. 103). As an accommodation for the sole purpose of controlling his hearing aids, and in accordance with Local Rule 7.02(a)(2), Mike Schneider of the Associated Press is authorized to bring his iPhone into the courthouse for the limited purpose of attending the change of plea hearing before the undersigned, scheduled for Monday, May 17, 2021 at 10:00 a.m. Mr. Schneider must present a copy of this Order, along with his media credentials, to the Court Security Officers and allow for a security inspection of his iPhone if requested by the Officers. Mr. Schneider's iPhone must be on silent while in the courtroom, and photography, recording, or live transmission of any kind, including via social media platforms from the courthouse and courtroom (both 5D and 6A) is strictly prohibited. *See* Local Rule 5.01.

**DONE** and **ORDERED** in Orlando, Florida on May 13, 2021.

*[signature]*
LESLIE R. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

- 2 -

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant
Joel Micah Greenberg