# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                         **CASE NO: 6:20-cr-97-GAP-LRH**

**JOEL MICAH GREENBERG**

_____

AUSA: Roger Handberg/Jennifer Harrington

Defense Attorney: Fritz Scheller, Retained Counsel

| JUDGE: | **LESLIE R. HOFFMAN**<br>United States Magistrate Judge | DATE AND TIME: | **May 17, 2021**<br>10:03-10:50<br>47 minutes |
|---|---|---|---|
| Courtroom: | 5D | TOTAL TIME: | |
| DEPUTY CLERK: | Edward Jackson | REPORTER: | Heather Suarez<br>heathersuarez.usocr@gmail.com |
| INTERPRETER: | None | PRETRIAL/PROB: | No Appearance |

### CLERK'S MINUTES
### CHANGE OF PLEA HEARING

Case called; appearances taken; procedural setting by the Court.
Defendant was placed under oath.
Court inquired of the defendant regarding competency.
Court advised the defendant of his rights and the rights that he waives by entering a plea of guilty.
Government summarized the charges in counts 1, 8, 9, 14, 24 and 26 of the Third Superseding Indictment.
Government advised the defendant advised of the penalties.
Court advised the defendant of the sentencing guidelines.
Defendant acknowledged his signature on the plea agreement.
Court summarized the provisions of the plea agreement.
Defendant plead guilty to counts 1, 8, 9, 14, 24 and 26 of the Third Superseding Indictment.
Defendant admitted to the facts as set forth in the plea agreement.
Court inquired of the defendant regarding the elements as to counts 1, 8, 9, 14, 24 and 26 of the Third Superseding Indictment.
Court found the facts sufficient to allow the defendant to plead guilty.
Report and Recommendation to be entered.