**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

**VS.**   **CASE NO: 6:20-cr-97-GAP-LRH**

**JOEL MICAH GREENBERG**

### ACCEPTANCE OF GUILTY PLEA AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 109), to which there has been no timely objection, the plea of guilty of the defendant to Counts One, Eight, Nine, Fourteen, Twenty-four, and Twenty-six of the Third Superseding Indictment is now accepted and the defendant is adjudged guilty of such offenses. A sentencing hearing will be scheduled under separate notice.

**DONE and ORDERED** at Orlando, Florida this June 3, 2021.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant