# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 6:20-cr-97-GAP-LRH

JOEL MICAH GREENBERG

---

## ORDER and NOTICE OF SENTENCING HEARING

**TAKE NOTICE** that a sentencing hearing is scheduled for **Thursday, August 19, 2021, at 9:30 a.m.** This hearing will be held before the Honorable Gregory A. Presnell in Courtroom 5A, United States Courthouse, 401 West Central Boulevard, Orlando, Florida. The defendant is required to be present.

Sentencing memoranda and any exhibits shall be submitted at least ten days prior to sentencing. Any motions with respect to departure from the sentencing guidelines shall be filed no later than seven days prior to sentencing, with responses due no later than three days prior to sentencing.

Seating may be limited in Courtroom 5A. However, at least one overflow area with both audio and video feed of the hearing will be provided for the public and members of the media.

No electronics shall be permitted inside the courthouse or courtrooms other than those allowed pursuant to M.D. Fla. Local Rule 7.02. **Members of the press shall not be permitted to bring electronics into the courthouse or courtroom for**

this hearing. This directive supersedes the Court's previous order allowing members of the press to bring electronic devices into the courthouse and the courtroom (Doc. 95).

This is an in-person hearing and remote access to the hearing will not be available. All inquiries by any member of the press shall be directed to Megan Mann at 904-549-1915. Members of the press shall not contact my chambers directly.

**DONE** and **ORDERED** in Orlando, Florida on June 3, 2021.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant