# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                                         **CASE NO: 6:20-cr-97-GAP-LRH**

**JOEL MICAH GREENBERG**

## ORDER

This cause is before the Court on Defendant's Amended Unopposed Motion to Continue Sentencing for a Period of Ninety (90) Days, filed July 6, 2021 (Doc. 118). Upon consideration, it is

**ORDERED** that the motion is **GRANTED**. The sentencing hearing previously scheduled for August 19, 2021, is continued to November 18, 2021, at 9:00 a.m. This hearing will be held before the Honorable Gregory A. Presnell in Courtroom 5A, United States Courthouse, 401 West Central Boulevard, Orlando, Florida. The defendant is required to be present.

Sentencing memoranda and any exhibits shall be submitted at least ten days prior to sentencing. Any motions with respect to departure from the sentencing guidelines shall be filed no later than seven days prior to sentencing, with responses due no later than three business days prior to sentencing.

Seating may be limited in Courtroom 5A. However, at least one overflow courtroom with both audio and video feed of the hearing will be provided for the public and members of the media.

No electronics shall be permitted inside the courthouse other than those allowed pursuant to M.D. Fla. Local Rule 7.02. No electronics shall be brought into Courtroom 5A or any overflow courtroom except by counsel for the parties and their staff. **Members of the press shall not be permitted to bring electronics into the courthouse or courtroom for this hearing.**

**This is an in-person hearing and remote access to the hearing will not be available. All inquiries by any member of the press shall be directed to the Middle District of Florida's Information Officer/Attorney Advisor Megan Mann at 904-549-1915. Members of the press shall not contact my chambers directly.**

**DONE** and **ORDERED** in Orlando, Florida on July 7, 2021.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant