# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                              **CASE NO: 6:20-cr-97-GAP-LRH**

**JOEL MICAH GREENBERG**

_____

## NOTICE OF HEARING

**TAKE NOTICE** that a hearing on the Motion to Continue Sentencing (Doc. 121) will be held before the Honorable Gregory A. Presnell, United States District Judge, on **MONDAY, OCTOBER 18, 2021,** at **1:00 P.M.** in Courtroom #5A, George C. Young United States Courthouse and Federal Building, 401 W. Central Boulevard, Orlando, Florida.

No electronics shall be permitted inside the courthouse or courtrooms other than those allowed pursuant to M.D. Fla. Local Rule 7.02.  **Members of the press shall not be permitted to bring electronics into the courthouse or courtroom for this hearing.  This directive supersedes the Court's prior order allowing members of the press to bring electronic devices into the courthouse and the courtroom (Doc. 95).**

**This is an in-person hearing and remote access to the hearing will not be available.   All inquiries regarding this case by any member of the press shall be**

directed to the Middle District of Florida's Information Officer/Attorney Advisor Megan Mann at 904-549-1915.

Due to the ongoing COVID-19 pandemic, social distancing in the courtroom will be maintained and masks must be worn at all times. If an additional courtroom is available, it will be set up for viewing a broadcast of the hearing via a closed-circuit video feed.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on October 8, 2021.



_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant