UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                          CASE NO.: 6:20-cr-00097-GAP-LRH

JOEL MICAH GREENBERG,

    Defendant.
_____/

**NOTICE OF WAIVER OF DEFENDANT'S PRESENCE AT
HEARING ON MOTION TO CONTINUE**

JOEL MICAH GREENBERG, through his undersigned attorney, hereby waives his presence at the hearing on his Unopposed Motion to Continue his Sentencing (Doc. 121), which is scheduled for October 18, 2021. *See* Doc. 122.

                                                      /s/ Fritz Scheller
                                                      Fritz Scheller, Esquire
                                                      Florida Bar No.: 0183113

**CERTIFICATE OF SERVICE**

On October 15, 2021, I filed the foregoing with the clerk of the court using the ECF system which will provide a copy to all parties of record.

                                                      /s/ Fritz Scheller
                                                      Fritz Scheller
                                                      Florida Bar No. 0183113
                                                      Fritz Scheller, P.L.
                                                      200 E. Robinson St., Ste. 1150
                                                      Orlando, Florida 32801
                                                      PH:    (407) 792-1285
                                                      FAX:  (407) 649-1657
                                                      Email: fscheller@flusalaw.com