# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**  CASE NO: 6:20-cr-97-GAP-LRH

**JOEL MICAH GREENBERG**

| JUDGE: | Gregory A. Presnell | COUNSEL FOR GOVERNMENT: | Roger Bernard Handberg, III, Jennifer Michele Harrington |
|---|---|---|---|
| DEPUTY CLERK: | Lisa Milliron | | |
| COURT REPORTER: | Nikki Peters | COUNSEL FOR DEFENDANT: | Fritz J. Scheller |
| SCHEDULED DATE/TIME: | October 18, 2021 1:00 PM | INTERPRETER: | N/A |

## MINUTES
### Hearing on Motion to Continue Sentencing (Doc. 121)

| | |
|---|---|
| 1:00 p.m. | Court in session. Appearances. Defendant has waived his presence at this hearing (Doc. 123). Procedural setting by the Court. |
| | The Court hears from counsel regarding the pending motion to continue sentencing filed by the defendant. The government joins the motion. |
| | The Court grants the motion and states no additional continuances will be granted absent extraordinary circumstances. Order to enter. |
| 1:20 p.m. | Court adjourned. |

Total time in court: 20 minutes