# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                                    **CASE NO: 6:20-cr-97-GAP-LRH**

**JOEL MICAH GREENBERG**

## ORDER

This cause came before the Court during court proceedings held October 18, 2021, on Defendant's Second Unopposed Motion to Continue Sentencing Until March 2022 (Doc. 121). At the hearing, the Government joined the motion.

Upon consideration of the argument presented by counsel for the parties in support of the motion, the Court finds that good cause exists to continue the hearing and that the continuance does not present unnecessary delay. Fed. R. Crim. P. 32(b)(1) & (2). Therefore, it is

**ORDERED** that the motion is **GRANTED**. Counsel and chambers staff

will confer and a date certain for the sentencing hearing will be set and noticed at a future time.

**DONE** and **ORDERED** in Orlando, Florida on October 18, 2021.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant