UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  Case No. 6:20-cr-97-GAP-LRH

JOEL MICAH GREENBERG

**UNOPPOSED MOTION FOR AN ORDER
TO DEPOSIT FUNDS AND DISBURSE**

The United States and Joel Micah Greenberg request an order directing the Clerk of Court to accept his prejudgment payments. The Clerk should hold these funds in an interest bearing account (the Court Registry Investment System) until a judgment of conviction and restitution order have been entered and then apply the deposited funds toward his restitution. After payment of restitution, any surplus funds should be applied to the defendant's other criminal monetary penalties, including special assessment and fines, or to the defendant's outstanding forfeiture order. *See* 28 U.S.C. §§ 2041, 2042.

If the prejudgment payments accrue interest in an amount that exceeds all criminal monetary penalties and forfeiture order, any surplus accrued interest should be remitted to the Crime Victims Fund.

                Respectfully submitted,

                KARIN HOPPMANN
                Acting United States Attorney

By:   *s/ Julie A. Simonsen*
       JULIE A. SIMONSEN
       Assistant United States Attorney
       Florida Bar No. 70647
       Financial Litigation Unit/cll
       400 North Tampa Street, Suite 3200
       Tampa, FL 33602
       Telephone:  (813) 274-6048
       Facsimile:   (813) 274-6247
       E-Mail: FLUDocket.mailbox@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that on November 22, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all parties of record.

                                           *s/ Julie A. Simonsen*
                                           JULIE A. SIMONSEN
                                           Assistant United States Attorney