UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                              Case No. 6:20-cr-97-GAP-LRH

JOEL MICAH GREENBERG

### ORDER TO DEPOSIT FUNDS AND DISBURSE

Before this Court is the United States' Unopposed Motion for an Order to Deposit Funds and Disburse, Doc. 128.

Being fully advised in the premises, the Court finds that to best serve the purpose of Joel Micah Greenberg's anticipated restitution, the Clerk of Court shall accept his prejudgment payments and shall hold these funds in an interest bearing account. The unopposed motion is **GRANTED**.

It is further ordered that, pursuant to 28 U.S.C. § 2042, upon entry of a criminal judgment, the Clerk of the Court shall withdraw and apply the deposited funds to the defendant's restitution. Upon satisfaction of the defendant's restitution, any surplus funds, including accrued interest, shall be applied to the defendant's other criminal monetary penalties, including special assessment and fines, imposed against the defendant as provided by law and in accordance with the Clerk's standard operating procedures, or to any outstanding forfeiture orders. If the

prejudgment payments accrue interest in an amount that exceeds the total due on the defendant's restitution, other criminal monetary penalties, and any forfeiture order, the surplus accrued interest shall be remitted to the Crime Victims Fund.

**ORDERED** in Orlando, Florida, on November 22, 2021.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies mailed to counsel of record