## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                      **CASE NO: 6:20-cr-97-GAP-LRH**

**JOEL MICAH GREENBERG**

_____

## ORDER and NOTICE OF SENTENCING HEARING

Having given counsel adequate opportunity to provide the Court with mutually agreeable dates for the continuance of the sentencing in this case, and having not received such information,

**TAKE NOTICE** that the sentencing hearing is scheduled for **Tuesday, March 29, 2022, at 9:30 a.m.** This hearing will be held before the Honorable Gregory A. Presnell in Courtroom 5A, United States Courthouse, 401 West Central Boulevard, Orlando, Florida. The defendant is required to be present.

The following deadlines are set:

| | |
|---|---|
| Sentencing memoranda, witness lists, and copies of any exhibits: | March 18, 2022 |
| Any motions with respect to departure from the sentencing guidelines: | March 21, 2022 |
| Counsel to advise chambers of the estimated length of the hearing: | March 23, 2022 |
| Responses to motions with respect to departure: | March 25, 2022 |

Seating may be limited in Courtroom 5A. However, at least one overflow area with both audio and video feed will be provided for the public and members of the media.

A separate order will be entered on a later date which provides additional information for members of the press.

**DONE** and **ORDERED** in Orlando, Florida on January 13, 2022.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant