# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**  **CASE NO: 6:20-cr-97-GAP-LRH**

**JOEL MICAH GREENBERG**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** UNOPPOSED MOTION TO FILE UNOPPOSED MOTION TO CONTINUE SENTENCING AND REQUEST FOR A HEARING UNDER SEAL (Doc. 131)
>
> **FILED:** February 4, 2022
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**. The Clerk is directed to accept for filing **UNDER SEAL** the motion to continue the sentencing hearing now scheduled for March 29, 2022.

**DONE** and **ORDERED** in Orlando, Florida on February 4, 2022.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
Counsel for Defendant