UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:20-cr-00097-GAP-LRH

JOEL MICAH GREENBERG

**GOVERNMENT'S UNOPPOSED
MOTION TO SEAL AND FILE *EX PARTE*

The United States of America moves this Court to seal and permit the United States to file *ex parte* the Government's status report in support of the Defendant's sealed motion for a continuance (Doc. S-133).  The United States supports the defendant's motion to continue sentencing, because it would allow the United States to further advance aspects of pending investigations.

The sealing and *ex parte* nature of the Government's status report is requested in order to safeguard from public scrutiny details concerning ongoing investigations and sensitive information which would come to light were the Government's status report to become public knowledge.

Disclosure of the contents of the Government's status report may cause subjects of ongoing investigations to flee, destroy evidence, disclose facts that could jeopardize ongoing criminal investigations, and cause witnesses named in the status report to be subject to possible harassment or retaliation from individuals who are the subjects of the investigations or who have an interest therein.

Pursuant to the Local Rules for the Middle District of Florida, the undersigned consulted with Fritz Scheller, Esq., counsel for the defendant, who has no objection to this motion.

WHEREFORE, the United States respectfully requests that this Court permit the United States to file under seal and *ex parte* the Government's status report in support of the Defendant's Sealed Motion to Continue Sentencing and this Motion.

        Respectfully submitted,

        ROGER B. HANDBERG
        United States Attorney

By:   */s/ Jennifer M. Harrington*
      JENNIFER M. HARRINGTON
      Assistant United States Attorney
      Florida Bar No. 0117748
      400 W. Washington Street, Suite 3100
      Orlando, Florida 32801
      Telephone: (407) 648-7500
      Facsimile: (407) 648-7643
      E-mail: Jennifer.Harrington2@usdoj.gov

U.S. v. JOEL MICAH GREENBERG       Case No. 6:20-cr-00097-GAP-LRH

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Fritz Scheller, Esq.

By:  */s/ Jennifer M. Harrington*
JENNIFER M. HARRINGTON
Assistant United States Attorney
Florida Bar No. 0117748
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
E-mail: Jennifer.Harrington2@usdoj.gov