# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**  **CASE NO: 6:20-cr-97-GAP-LRH**

**JOEL MICAH GREENBERG**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** GOVERNMENT'S UNOPPOSED MOTION TO SEAL AND FILE *EX PARTE* (Doc. 134)
>
> **FILED:** February 10, 2022
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**. The Clerk is directed to accept for filing **UNDER SEAL** the *ex parte* status report.

**DONE** and **ORDERED** in Orlando, Florida on February 11, 2022.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Attorney
Counsel for Defendant