# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                                                    **CASE NO: 6:20-cr-97-GAP-LRH**

**JOEL MICAH GREENBERG**

## AMENDED[1]  ORDER

Upon consideration of Defendant's [Sealed] Unopposed Motion to Continue Sentencing Hearing and Request for a Hearing Under Seal (Doc. 133) and the Government's [Sealed] *in camera* and *ex parte* Status Report (Doc. 136) filed in support of Defendant's motion, it appears that a further continuance of Defendant's sentencing is in the interest of justice.  It is, therefore,

**ORDERED** that the motion to continue the sentencing hearing is **GRANTED**.  It is further

**ORDERED** that unless the parties request that a sentencing hearing be set

---

[1] Amended only to reflect the correct year of the status report deadline.

sooner, the government shall file a status report by May 13, 2022, which may be filed under seal.

**DONE** and **ORDERED** in Orlando, Florida on February 14, 2022.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant