# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 6:20-cr-97-GAP-LRH

JOEL MICAH GREENBERG

## ORDER

Upon consideration of the Government's *in camera* and *ex parte* Status Report filed May 13, 2022 (Doc. 140), it is

**ORDERED** that, in the interest of justice, an additional continuance of the sentencing in this matter is granted.

It is further

**ORDERED** that unless the parties request that a sentencing hearing be set sooner, the government shall file another status report by July 13, 2022, which may

be filed under seal.  Please note that absent compelling circumstances, it is the Court's intention to set sentencing to be held in August 2022.

**DONE** and **ORDERED** in Orlando, Florida on May 16, 2022.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant