# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.                                                                          CASE NO: 6:20-cr-97-GAP-LRH

JOEL MICAH GREENBERG
_____

## ORDER and NOTICE OF SENTENCING HEARING

**TAKE NOTICE** that the sentencing hearing is scheduled for **December 1, 2022, at 9:30 a.m.**  This hearing will be held before the Honorable Gregory A. Presnell in Courtroom 5A, United States Courthouse, 401 West Central Boulevard, Orlando, Florida.

Seating is limited in Courtroom 5A.  However, at least one overflow area with both audio and video feed will be provided for the public and members of the news media.  A subsequent order will be entered on a later date which provides additional information for members of the news media.

**DONE** and **ORDERED** in Orlando, Florida on July 8, 2022.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant