# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 6:20-cr-97-GAP-LHP

JOEL MICAH GREENBERG

## ORDER

In preparation for the sentencing hearing scheduled for December 1, 2022, the Court imposes the following filing deadlines:

| | |
|---|---|
| Final Presentence Report: | November 4, 2022 |
| Motions with respect to departure from the sentencing guidelines: | November 10, 2022 |
| Sentencing memoranda, which shall include responses to any departure request motions: | November 15, 2022 |
| Witness and Exhibit Lists exchanged between the parties and filed with the Court | November 21, 2022 |

**DONE** and **ORDERED** in Orlando, Florida on July 11, 2022.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant