# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                                                    **CASE NO: 6:20-cr-97-GAP-LRH**

**JOEL MICAH GREENBERG**

_____

### ORDER and INFORMATION TO MEMBERS OF THE PRESS

The following provides information and directives to members of the press with regard to the sentencing hearing scheduled for December 1, 2022. Any person found to be violating any of the directives herein shall be subject to sanctions, including removal from the courthouse.[1]

**A. Access to the Courthouse and Interviews**

As previously ordered (Doc. 116), members of the press may not bring electronics into the courthouse and no remote access to the hearing will be available.

The courthouse opens to the public at 7:30 a.m. All persons entering the courthouse must comply with current COVID-19 protocols, show a government-issued photo ID, and pass through a security screening device. Any bags, packages, purses, etc. will be examined through an X-ray machine. There will be

_____

[1] The Court or the United States Marshals Service may make appropriate and necessary adjustments to these procedures.

a secondary security checkpoint outside the main courtroom and any overflow courtroom.

Acceptable forms of identification include official state or United States identification such as a driver's license or passport. The only acceptable international identification is a government-issued passport with a current United States visa, if required. Proper decorum is expected of all visitors to the courthouse.

Members of the press are prohibited from conducting interviews of any persons (attorneys, witnesses, family members, etc.) while inside the courthouse at any time, shall abstain from any contact with courtroom staff, and shall respect the privacy of family members and any victims while inside the courthouse.

Camera crews may be set up outside the courthouse. Camera crews should be stationed at a reasonable location so as not to interfere with normal ingress or egress. Members of the press shall not block the main courthouse entryway or the steps.

**B. Access to the Courtroom**

The Court will ensure that an adequate number of seats are reserved for members of the press in Courtroom 5-A. One seat per major media outlet will be assigned. Application for this reserved seating may be made by completing a

webform at https://apps.flmd.uscourts.gov/media/media.cfm by November 18, 2022.

Additional reserved seating in Courtroom 5-A will be for witnesses, family, and victims, with the remaining seats available to the public on a first-come, first-served basis. If the courtroom reaches capacity, remaining members of the press and public will be directed to an overflow courtroom, where the proceedings will be broadcast via a closed-circuit audio/video feed.

Due to the limited seating and seating restrictions, all persons must adhere to all instructions given by the Court, Court Security Officers, and United States Marshals.

### C. Sketch Artists

Sketch artists who register are permitted in the main courtroom and the overflow courtrooms. Sketch artists are cautioned to be discreet so as not to disrupt court proceedings. Sketch artists may register by completing the webform at https://apps.flmd.uscourts.gov/media/media.cfm.

### D. Exhibits

The Court will **<u>not</u>** provide copies of any exhibits introduced at the hearing. All inquiries concerning viewing or copying exhibits shall be directed to the United States Attorney's Office's Media Relations Department (for prosecution exhibits) or to Attorney Fritz Scheller (for defense exhibits).

### E. Inquiries

All inquiries regarding this case by any member of the press shall be directed to the Middle District of Florida's Information Officer/Attorney Advisor Megan Mann at 904-549-1915. Members of the press shall not contact my chambers directly, nor shall they contact any member of my staff or Clerk's Office staff.

**DONE** and **ORDERED** in Orlando, Florida on October 17, 2022.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant