UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:20-cr-00097-GAP-LHP

JOEL MICAH GREENBERG

## NOTICE OF APPEARANCE

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, files this Notice of Appearance of the undersigned as counsel for the United States in the above-captioned case.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By: */s/ Amanda S. Daniels*
Amanda S. Daniels
Assistant United States Attorney
Federal Bar No. 111444
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:  (407) 648-7500
Facsimile:  (407) 648-7643
E-mail: Amanda.Daniels@usdoj.gov

2

U.S. v. JOEL MICAH GREENBERG        Case No. 6:20-cr-00097-GAP-LHP

**CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Fritz J. Scheller, Esq.

    /s/ *Amanda S. Daniels*
    Amanda S. Daniels
    Assistant United States Attorney
    Florida Bar No. 111444
    400 W. Washington Street, Suite 3100
    Orlando, Florida 32801
    Telephone:  (407) 648-7500
    Facsimile:  (407) 648-7643
    E-mail:  Amanda.Daniels@usdoj.gov