UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:20-cr-97-GAP-LHP

JOEL MICAH GREENBERG

## MOTION TO SEAL

The United States of America moves this Court to seal the Government's <u>In Camera</u> Supplemental Memorandum by the United States Regarding Defendant's Cooperation.

The sealing of the Supplemental Memorandum is requested in order to safeguard from public scrutiny certain sensitive information regarding pending criminal investigations which would come to light were the proceedings to become public knowledge.

The United States requests that this Motion to Seal and the Court's Order authorizing the sealing of the Supplemental Memorandum, if granted, be filed on the public docket.

On November 9, 2022, the undersigned assistant United States attorney contacted Fritz Scheller, counsel for the defendant, who indicated that he does not object to this motion.

Date:  November 10, 2022

                Respectfully submitted,

                ROGER B. HANDBERG
                United States Attorney

By:   */s/ Amanda S. Daniels*
       Amanda S. Daniels
       Assistant United States Attorney
       FL Bar No. 111444
       400 W. Washington Street, Suite 3100
       Orlando, Florida 32801
       Telephone:  (407) 648-7500
       Facsimile:   (407) 648-7643
       E-mail:        amanda.daniels@usdoj.gov

U.S. v. JOEL MICAH GREENBERG          Case No. 6:20-cr-97-GAP-LHP

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2022, a true and correct copy of the foregoing document and the notice of electronic filing were sent by email to the following:

Fritz Scheller, Esq.
fscheller@flusalaw.com
Attorney for the Defendant

/s/ Amanda S. Daniels
Amanda S. Daniels
Assistant United States Attorney
FL Bar No. 111444
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:  (407) 648-7500
Facsimile:  (407) 648-7643
E-mail:  amanda.daniels@usdoj.gov

3

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 6:20-cr-97-GAP-LHP

JOEL MICAH GREENBERG

## ORDER

THIS CAUSE having come on for consideration upon the motion of the government to seal the Government's In Camera Supplemental Memorandum by the United States Regarding Defendant's Cooperation.

It is hereby ORDERED that the Motion and Order be SEALED.

DONE AND ORDERED this _____ day of November, 2022.

LESLIE HOFFMAN PRICE
United States Magistrate Judge