**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA

VS.                                                              CASE NO: 6:20-cr-97-GAP-LHP

JOEL MICAH GREENBERG

## ORDER

This cause is before the Court on the government's Motion to Seal (Doc. 155), received for filing in chambers November 10, 2022.  The motion requests the accompanying Supplemental Memorandum to the publicly-filed Motion for Downward Departure (Doc. 154) be filed under seal.   Upon consideration, it is

**ORDERED** that the motion (Doc. 155) is **GRANTED**.   The Clerk is directed to file the Supplemental Memorandum to the Motion for Downward Departure under seal.   The memorandum shall remain under seal until further order of the Court.

**DONE** and **ORDERED** in Orlando, Florida on November 10, 2022.



Copies furnished to:

United States Attorney
Counsel for Defendant