# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                              **CASE NO: 6:20-cr-97-GAP-LHP**

**JOEL MICAH GREENBERG**

## NOTICE OF HEARING

**TAKE NOTICE** that a pre-sentencing hearing is hereby set before the Honorable Gregory A. Presnell, United States District Judge, on **WEDNESDAY, NOVEMBER 30, 2022,** at **9:30 A.M.** in Courtroom #5A, George C. Young United States Courthouse and Federal Building, 401 W. Central Boulevard, Orlando, Florida.  90 minutes is reserved for this hearing, during which the Court will hear argument on the Government's Motion for Downward Departure of Defendant's Sentence Based Upon Substantial Assistance (Doc. 154) and argument on objections to the guidelines calculations set forth in the presentence report.  Defendant's presence is required at this hearing.

Also **TAKE NOTICE** that the directives and information contained in the order to the members of the press entered October 17, 2022 (Doc. 149) apply to this hearing as well.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 15, 2022.



_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant