### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                    **CASE NO: 6:20-cr-97-GAP-LHP**

**JOEL MICAH GREENBERG**

_____

### ORDER

This cause is before the Court on Defendant's Unopposed Motion to File Memorandum Under Seal (Doc. 163), received for filing in chambers November 15, 2022.   The motion requests the accompanying Memorandum in Response to Government's Motion for Substantial Assistance (Doc. 154) be filed under seal.   Upon consideration, it is

**ORDERED** that the motion (Doc. 163) is **GRANTED**.   The Clerk is directed to file the Memorandum in Response under seal.   The memorandum shall remain under seal until further order of the Court.

**DONE** and **ORDERED** in Orlando, Florida on November 16, 2022.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Attorney
Counsel for Defendant