# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

UNITED STATES OF AMERICA

vs.  Case No. 6:20-cr-97-GAP-LRH

JOEL MICAH GREENBERG

## O R D E R

In accordance with Local Rule 7.02(a)(2), Mike Schneider of the Associated Press is permitted to bring his cell phone into the courthouse while attending the pre-sentencing hearing at 9:30 a.m. on November 30, 2022, and the sentencing hearing at 9:30 a.m. on December 1, 2022. Both proceedings will take place before the undersigned in courtroom 5A.[1] Mr. Schneider must present a copy of this order, along with his media credentials, to the Court Security Officers. Mr. Schneider's phone must be on silent. Live transmission of any kind from the courtroom or anywhere else in the courthouse is strictly prohibited. See Local Rule 5.01. This prohibition includes, but is not limited to,

---

[1] With Mr. Schneider's consent, the Court notes that Mr. Schneider is being allowed to use his cell phone during the sentencing solely as a hearing accommodation device. The Court's prior Orders instructing that members of the press may not bring electronics into the courthouse remain in effect. See Docs. 116 & 149.

texting, emailing, tweeting, blogging, and messaging or posting via any social media. In addition, no audio or video recording is allowed in the courthouse at any time.

**DONE AND ORDERED** in Orlando, Florida on November 21, 2022.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies to:
U.S. Marshal Service
Court Security Officers
Division Manager