# EXHIBIT 5

11th CIRCUIT FRAUD CHART

| CASE | CONVICTION | LOSS | GUIDELINE RANGE | SENTENCE IMPOSED/ % OF GUIDELINE RANGE |
|---|---|---|---|---|
| U.S. v. Ledee, Case No.: 1:04-CR-0623-BBM; 1:05-cr-0015-01-BBM (N.D. Ga. 2007)(Martin, J.) | Pled guilty to making false financial statements, engaging in business of insurance as a convicted felon, mail fraud, conspiracy to commit money laundering, etc. | $21.6 million (restitution) | The PSR indicated a total offense level of 51, and criminal history category II, resulting in a guideline range of Life | 70 months imprisonment, 15% of guideline range (life treated as 470 months) |
| U.S. v. Kohler, Case No.: 1:07-cr-20446-PCH (S.D. Fla. 2007)(Huck, J.) | Pled guilty to conspiracy to commit securities fraud. | $471 million (restitution) | Guidelines range 324-405 months | 60 months imprisonment, 18.5% of guideline range |
| U.S. v. Sloan, Case No.: 8:11-cr-605-T-27AEP (M.D. Fla. 2011)(Whittemore, J.) | Pled guilty to conspiracy to make false statement and to commit wire fraud, making materially false statements. | $474,900 (restitution) | Guidelines range of 27-33 months | Time Served, 5 years' supervised release |
| U.S. v. Northrup, Case No.: 6:11-cr-45-ORL-35DAB (M.D. Fla. 2011)(Scriven, J.) | Pled guilty to bank fraud | $788,033.25 (restitution) | Guidelines range 27-33 months | 3 years' probation |
| U.S. v. Stewart, Case No.: 8:06-cr-257-T-30MSS (M.D. Fla. 2006)(Moody, J.) | Pled guilty to wire fraud | $625,293 (restitution) | Guidelines range 41-51 months | 5 years' probation |
| U.S. v. Bangasser, Case No.: 8:11-cr-635-T-33TBM (M.D. Fla. 2012)(Hernandez Covington, J.) | Pled guilty to conspiracy to make false statements and commit wire fraud, making materially false statements | $1,161,450 (restitution) | Guidelines range 41-51 months | 15 months imprisonment |

| Case | Conduct | Loss | Guidelines | Sentence |
|---|---|---|---|---|
| *U.S. v. Hornberger*, Case No.: 8:10-cr-550-T-17MAP (M.D. Fla. 2012)(Kovachevich, J.) | Found guilty by jury trial for conspiracy to commit wire fraud, and to make false statements to an FDIC-insured bank, making false statements to an FDIC-insured bank | $13,229,100 | Guidelines range 135-168 months | One year and one day imprisonment |
| *U.S. v. Adams*, Case No.: 8:10-cr-550-T-17MAP (M.D. Fla. 2012)(Kovachevich, J.) | Pled to conspiracy to commit wire fraud, and to make false statements to an FDIC-insured bank | $25,024,775.74 | Guidelines range exceeding statutory cap of 60 months | 36 months imprisonment |
| *U.S. v. DeLuca*, Case No.:6:11-cr-221-Orl-28KRS (M.D. Fla. 2015) (Antoon, J.) | Found guilty of conspiracy to commit bank and wire fraud, and 32 counts of wire fraud. | $18,701,804 (restitution) | Guidelines range 135-168 months | 78 months, 3 years supervised release |
| *U.S. v. Gachette*, Case No. 6:15-cr-62-Orl-31TBS (M.D. Fla 2015)(Presnell, J.) | Found guilty of tax fraud | $402,325 | Guidelines range 24-30 months | 2 years' probation |
| *U.S. v. Bramwell*, Case No.: 6:17-cr-143-Orl-40DCI-2 (M.D. Fla. 2018) (Byron, J.) | Found guilty of conspiracy to offer and receipt of kickback in connection to a Federal Healthcare Benefit Program | $3,560,804 (restitution) | | 14 months imprisonment |
| *U.S. v. Kermali*, Case No.: 6:13-cr-150-Orl-28GJK (M.D. Fla. 2014) (Honeywell, J.) | Pled guilty to wire fraud (procurement fraud) | $6.2 million | Guidelines range 33-41 months | 15 months imprisonment (45% of guideline range) |

| Case | Charge | Amount | Guidelines | Sentence |
|---|---|---|---|---|
| *U.S. v. Correll*, Case No.: 1:07-cr-00365-ODE (N.D. Ga. 2008) (Evans, J.) | Pled guilty wire fraud (related to Ponzi scheme) | $29 million (restitution) | Guidelines range 188-235 months | 144 months (76% of guideline) Later reduced to 108 months under Rule 35 (57% of Guideline) |
| *U.S. v. Frieri*, Case No.: 8:19-cr-80-T-36CPT (M.D. Fla. 2019)(Honeywell, C.) | Pled guilty to conspiracy to commit wire fraud | $113,570.48 (restitution) | Guidelines range 1 year to 3 years | 60 months probation |
| *U.S. v. Riley*, Case Nos.: 6:17-cr-174-Orl-40GJK; 6:17-cr-183-PGB-GJK (M.D. Fla. 2017)(Mendoza, C.) | Pled guilty to conspiracy to commit wire fraud and criminal infringement of a copyright | $702,889.35 (restitution) | Guidelines range 37-46 months  Supervised Release range 1 to 3 years | 2 years' probation to run concurrently |
| *U.S. v. Jasen*, Case No.: 8:15-cr-214-T-27TBM (M.D. Fla. 2015)(Whittemore, J.) | Found guilty of wire fraud | $78,442.93 (restitution) | Guidelines range 37– 46 months | 5 years' probation |
| *U.S. v. Devine*, Case No.: 6:18-cr-137-Orl-37EJK (M.D. Fla. 2018)(Dalton, R.) | Pled guilty to conspiracy to commit healthcare fraud and wire fraud | $1,271,198.68 (restitution) | Guidelines range 37- 46 months | 36 months probation |
| *U.S. v. Christensen*, Case No.: 6:15-cr-153-CEM-GJK-1 (M.D. Fla. 2015)(Mendoza, C.) | Pled guilty to conspiracy to commit healthcare fraud | $1,101,919.00 (restitution) | Guidelines range 30 to 37 months | 12 months imprisonment |
| *U.S. v. Padgett,* Case No.: 6:17-CR-228-Orl-31TBS (M.D.Fla. 2017)(Presnell, G.) | Pled guilty to conspiracy to commit wire fraud | $127,461.06 | Guidelines range 21-27 months | 3 years' probation |

NATIONAL FRAUD CHART

| CASE | CONVICTION | LOSS | GUIDELINE RANGE | SENTENCE IMPOSED/% OF GUIDLINE RANGE |
|---|---|---|---|---|
| Christian Milton, AIG, Vice President (D. Conn. 2009) | Convicted at trial of various counts of fraud. | | LIFE imprisonment | 48 months (10% of guideline range; life treated as 470 months) |
| Ronald Ferguson, CEO, General Reinsurance Corp. (D. Conn. 2008) | Convicted at trial of conspiracy, securities fraud, false statements to SEC, and mail fraud. | $544 million | LIFE imprisonment | 24 months (5% of guideline range; life treated as 470 months) |
| Robert Cole, Sales Rep., Diebold (N.D. Ohio 2008) | Pled guilty to securities fraud. | $509,000 | 30-37 months | 12 months and 1 day (40% of guideline range) |
| John Whittier, Manager, Wood River Partners (S.D.N.Y. 2007) | Pled guilty to securities fraud, failure to disclose ownership in excess of 5% of publicly traded security, and failure to disclose ownership in excess of 10% of publicly traded security. | $88 million (ordered in restitution) | 188-235 months | 36 months (19% of guideline range) |
| Richard Adelson, CEO & President, Impath (S.D.N.Y. 2006) | Convicted at trial of conspiracy, securities fraud, and filing false reports with SEC. | $50 - $100 million (court ordered restitution of $50 million) | Guidelines called for life Imprisonment; statutory maximum of 85 years. | 42 months (9% of guideline range; life treated as 470 Months) |
| Jamie Olis, Tax Lawyer, Dynegy (S.D. Tex. 2006) | Convicted at trial: (1) conspiracy to commit securities, mail and wire fraud, (2) securities fraud, (3) mail and wire fraud. | $79 million | 151-188 months | 72 months (47% of guideline range) |

| | | | | |
|---|---|---|---|---|
| *Herman Jacobowitz* CEO, Allou Healthcare (E.D.N.Y. 2007) | Pled guilty to conspiracy to commit bank, securities, and mail fraud and making false statements in reports to SEC. | $176 million (ordered in restitution) | Guideline range would have been LIFE imprisonment; plea agreement structured to provide statutory maximum of 180 months. | 180 months (38% of guideline range; life treated as 470 months) |
| *Aaron Jacobowitz* Manager of various companies controlled by Jacobowitz family (E.D.N.Y. 2007) | Pled guilty to money laundering | $176 million (ordered in restitution) | Guideline range was LIFE imprisonment; plea agreement structured to provide statutory maximum of 120 months. | 120 months (25% of guideline range; life treated as 470 months) |
| *Carole Argo* CFO, SafeNet, Inc. (S.D.N.Y. 2008) | Pled guilty to securities fraud. | $1 - 2.5 million (stipulated loss amount) | 97 - 121 months | 6 months (6% of guideline range) |
| *Lennox Parris,* Director, Queench, Inc. (E.D.N.Y. 2008) | Convicted at trial of conspiracy to commit securities fraud, securities fraud, conspiracy to commit witness tampering, and witness tampering. | Between $2.5 and $7 million | 360 months to LIFE | 60 months (16.7% of guideline range) |
| *Lester Parris,* Director, Queench, Inc. (E.D.N.Y. 2008) | Convicted at trial of conspiracy to commit securities fraud, securities fraud, conspiracy to commit witness tampering, and witness tampering. | Between $2.5 and $4.9 million | 360 months to LIFE | 60 months (16.7% of guideline range) |
| *Raquel Kohler,* Mutual Benefit Corp. (S.D. Fla. 2007) | Pled guilty to conspiracy to commit securities fraud. | $471 million (ordered in restitution) | Guideline range 324- 405 months, statutory maximum 120 months. | 60 months (18.5% of guideline range; 50% of statutory maximum cap) |

| | | | | |
|---|---|---|---|---|
| Mehdi Gabayzadeh, CEO, American Tissue (E.D.N.Y. 2006) | Convicted at trial of conspiracy to commit securities fraud, conspiracy to commit bank fraud, bank fraud, wire fraud, interstate transport of property obtained by fraud, bankruptcy fraud, conspiracy to commit perjury, and obstruction of justice. | PSR found total loss of $193 million (Court ordered $65 million in restitution.) | LIFE Imprisonment | 180 months (38% of guideline range; life treated as 470 months) |
| John Rigas, Founder, Adelphia (S.D.N.Y. 2004) | Convicted at trial of securities fraud, bank fraud, and conspiracy to: (a) commit securities fraud, (b) commit bank fraud, and (c) make or cause to be made false statements in filings to SEC. | $2.3 billion | Guideline range was LIFE Imprisonment; however, statutory maximum was 185 years. | 204 months (43% of guideline range; life treated as 470 months; 9% of statutory maximum cap) |
| Jacob Jacobowitz, Executive VP, Allou Healthcare (E.D.N.Y. 2007) | Pled guilty to making false statements in reports to the SEC. | $30 million (ordered in restitution) | Guideline range was 168-210 months; however, statutory maximum was 120 months. | 84 months (50% of guideline range; 70% of statutory maximum cap) |
| Marc Dreier, Managing Partner, Dreier LLP (S.D.N.Y. 2009) | Pled guilty to securities fraud, wire fraud, and conspiracy to commit securities and wire fraud. | $387 million (ordered in restitution) | Guideline range LIFE, statutory maximum limited sentence to 145 years. | 240 months (51% of guideline range; life treated as 470 months; 13.8% of statutory maximum cap) |

| | | | | |
|---|---|---|---|---|
| *Stephen Richards*, Sr. Vice President, Computer Associates (E.D.N.Y. 2006) | Pled guilty to conspiracy to commit securities fraud and wire fraud, securities fraud, false statements to SEC, conspiracy to obstruct justice, obstruction of justice, and perjury. | $2.2 billion (according to Government's Sentencing Memorandum) | LIFE imprisonment under 2005 Guidelines 151 to 188 under 1998 Guidelines (Unclear how District Court resolved dispute over which version should apply.) | 84 months (18% of guideline range; life treated as 470 months) |
| *E. Kirk Shelton*, Vice Chairman, Cendant Corporation (D. Conn. 2005) | Convicted at trial of: (1) conspiracy to commit securities fraud, mail fraud, wire fraud, and false statements to SEC, (2) mail fraud, (3) wire fraud, (4) false statements to SEC, (5) securities fraud. | $3.275 billion (ordered in restitution) | 151-188 months (1997 Guidelines were used; 2006 Guidelines would have called for life imprisonment, limited by a statutory cap of 300 months) | 120 months (79% of guideline range) |
| *Sanjay Kumar*, CEO, Computer Associates (E.D.N.Y. 2006) | Pled guilty to conspiracy to commit securities fraud and wire fraud, securities fraud, false statements to SEC, conspiracy to obstruct justice, obstruction of justice, and false statements. | $2.2 billion (according to Gov't's Sent'g Memo) | LIFE imprisonment under 2005 Guidelines 188 to 235 under 1998 Guidelines (Unclear how District Court resolved dispute over which version should apply.) | 144 months (30% of guideline range; life treated as 470 months) |