# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 6:20-cr-97-GAP-LHP

JOEL MICAH GREENBERG

## ORDER

This cause is before the Court on Defendant's Unopposed Motion to File Supplement Under Seal (Doc. 169), received for filing in chambers November 29, 2022. The motion requests the accompanying Sealed Supplement in Response To Government Motion to Reduce Mr. Greenberg's Sentence be filed under seal. Upon consideration, it is

**ORDERED** that the motion (Doc. 169) is **GRANTED**. The Clerk is directed to file the Supplement in Response under seal. The supplement shall remain under seal until further order of the Court.

**DONE** and **ORDERED** in Orlando, Florida on November 29, 2022.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Attorney
Counsel for Defendant