UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.            CASE NO: 6:20-cr-97-GAP-LHP

JOEL MICAH GREENBERG

| JUDGE: | Gregory A. Presnell | COUNSEL FOR GOVERNMENT: | Roger Handberg, III, Amanda Sterling Daniels, Jennifer Harrington, Chauncey Bratt |
|---|---|---|---|
| DEPUTY CLERK: | Lisa Milliron | COUNSEL FOR DEFENDANT: | Fritz J. Scheller |
| COURT REPORTER: | Nikki Peters | PROBATION: | Omayra Hernandez |
| SCHEDULED DATE/TIME: | November 30, 2022 9:30 AM | INTERPRETER: | Not Required |

## MINUTES ON SENTENCING – Day One

Court in session. Appearances. Procedural setting by the Court.

The Court hears argument on the Motion for Recognition of Substantial Assistance (Doc. 154). The motion is **GRANTED**: 10 levels departed.

The Court reviews with counsel scoring and determines the guidelines score.

Counsel bring to the Court amendments to the amount of restitution. Counsel to prepare a restitution order for the judge's signature for tomorrow's hearing.

Court adjourned. Sentencing to resume tomorrow, December 1, 2022, at 9:30 a.m.

Time in court:  9:30 a.m. - 10:14 a.m.; 10:27 a.m. – 10:36 a.m.;   Total time in court: 53 minutes