UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                              CASE NO.: 6:20-cr-00097-GAP-LRH

JOEL MICAH GREENBERG,

    Defendant.
_____/

## NOTICE OF FILING LETTERS OF SUPPORT

The Defendant, Joel Micah Greenberg, hereby provides this Honorable Court with the two attached letters of support to be considered at his sentencing hearing.

1. *Letter from Christopher Perryman*; and

2. *Letter from Eliezer Perez.*

                                                  */s/ Fritz Scheller*
                                                  Fritz Scheller
                                                  Florida Bar Number 183113

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all parties of record.

                                          */s/ Fritz Scheller*
                                          Fritz Scheller
                                          Florida Bar Number 183113
                                          Fritz Scheller, P.L.
                                          200 East Robinson Street, Suite 1150
                                          Orlando, Florida 32801
                                          Telephone 407-792-1285
                                          Facsimile 407-649-1657
                                          Email: fscheller@flusalaw.com