# EXHIBIT 1

The Honorable Gregory A. Presnell
United States District Court
401 West Central Blvd.
Orlando, Florida 32801

   RE: United States v. Joel Micah Greenberg, Case No.: 6:20-cr-97-GAP-LRH

Dear Judge:

I am aware of Joel's pending difficulties and would like to tell you about the Joel Greenberg I know.  I met him in 1992 when his family moved to the neighborhood I grew up in.  I had recently completed a 4-year enlistment in the U.S. Army and was going to college.  I have wonderful memories of many adventures with Joel and his family on Bear Lake, attending sporting events and travelling.

Joel is an incredibly intelligent person, good hearted and innovative.

I currently live in Knoxville Tennessee and have worked for Keurig Dr. Pepper as an Industrial Engineering Maintenance Technician for 12 years.


Sincerely,
Christopher Perryman

The Honorable Gregory A. Presnell
United States District Court
401 West Central Blvd.
Orlando, Florida 32801

   RE: United States v. Joel Micah Greenberg, Case No.: 6:20-cr-97-GAP-LRH

Dear Judge:

  My hope in this letter is to reveal a side of Joel that few people have ever seen and understood. I feel it's appropriate now to express these views because he finds himself in a situation that has affected his life and the lives of his family. Know judge, I right this letter out of my own free will and convictions because I truly love this man.

  Though we have completely different backgrounds, biological parents, and upbringing, life still had a meaningful way in bringing us together. It started on the basketball court for us. Joel was extremely passionate on the court and so was I. This commonality brought us together as our relationship grew more and more.

  You have to understand a bit about me to truly understand why I would write this letter. First, I was the only member in my family to graduate high school, let alone go to college. This says a lot considering there were 8 of us total. Second, I lost my father at the age of 16, my mother at 20 and my brother at 22. Third, one brother has cerebral palsy and I've had to care for him throughout my life. Lastly, I grew up below poverty my whole life and lacked normal means which lead to a negative mentality. To conclude, my life has not been easy and has instilled a raw character in me that I'm grateful for to this day.

  What Joel did when mother passed away completely changed the trajectory of my life. Joel reached out multiple times to make sure that I was ok. That might seem like a normal gesture, but it was not. You see, Joel followed up a random act of kindness with action. He took me out to eat when I didn't want to eat. He brought me to his home so I would see a family having dinner together. He even took me to an Orlando Magic game which completely took my mind off of what I was going through at the time. But the greatest thing he did for me was he loved me like a brother. Joel integrated me into his family.

  I never knew what normal was until I met Joel and his family. It taught me that hard work and consistency can produce a positive and bright future. Joel gave me hope when I was broken because of life's trials. Now I hope to return the favor in this letter. This trial that Joel is going through will hopefully make him a stronger person. Not just for him but for his family as well.

  Please consider that Joel Greenberg has literally changed my life for the good. His random act of kindness (mercy) has affected my life and my legacy to come. My hope, is that you factor the good along with negative and are able to come to a just decision. May grace lead all that you do.

              Sincerely,

              Eliezer Perez