UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.                                                                                      CASE NO: 6:20-cr-97-GAP-LHP

JOEL MICAH GREENBERG

| JUDGE: | Gregory A. Presnell | COUNSEL FOR GOVERNMENT: | Roger Handberg, III, Amanda Sterling Daniels, Jennifer Harrington, Chauncey Bratt |
|---|---|---|---|
| DEPUTY CLERK: | Lisa Milliron | COUNSEL FOR DEFENDANT: | Fritz J. Scheller David Webster |
| COURT REPORTER: | Nikki Peters | PROBATION: | Omayra Hernandez Karmen Coates |
| SCHEDULED DATE/TIME: | December 1, 2022 9:30 AM | INTERPRETER: | Not Required |

**MINUTES ON SENTENCING – Day Two**

Defendant and Brian Applegate (counsel for victim Seminole County) make statements to the Court.

**SENTENCE IMPOSED as to Counts One, Eight, Nine, Fourteen, Twenty-four, and Twenty-six of the Third Superseding Indictment.**

Counts Two through Seven, Ten though Thirteen, Fifteen through Twenty-three, Twenty-five, Twenty-seven through Thirty-three, the underlying Indictment, Superseding Indictment, and Second Superseding Indictment are **DISMISSED** in accordance with the Plea Agreement.

**INCARCERATION**: 132 months. This term consists of a term of 108 months as to Counts One, Fourteen, and Twenty-six, such terms to be served concurrently with each other; a term of 20 months as to Count Eight and a term of 60 months as to Count Twenty-four, such terms to be served concurrently with each other and concurrently with the terms imposed as to Counts One, Fourteen, and Twenty-six; and a term of 24 months as to Count Nine, such term to be served consecutive to the terms imposed on all other counts.

**SUPERVISED RELEASE**: 10 years.  This term shall consist of terms of 10 years on Count One, three years on each of Counts Eight, Fourteen, Twenty-four, and Twenty-six, and one year on Count Nine, all such terms to run concurrently.

*Special conditions of supervised release:*  Drug testing requirements are imposed.  Substance abuse aftercare treatment conditions imposed.  Mental health and sex offender mental health treatment conditions imposed.  Defendant shall cooperate in the collection of DNA.  Sex offender conditions imposed as stated on the record in open court.  Search conditions imposed.  Defendant shall provide financial information to Probation upon request.  Defendant shall have no contact with the Count 24 victim.

**FINE** and cost of imprisonment are waived.

**SPECIAL ASSESSMENT** of $600.00 is due immediately.

**RESTITUTION ORDERED:**  $473,733.29 to the United States Small Business Administration/DCF, Court Ordered Restitution, 721 19th Street, 3rd Floor, Room 301, Denver, Colorado 80202; and $109,786.12 to the Seminole County Attorney's Office, c/o Bryant Applegate, Interim County Manager, 1101 E. 1st Street, Suite 3030, Sanford, Florida 32771.

A restitution order was signed in open court.

The defendant shall make payments toward his financial obligations per a UNICOR schedule while in custody, then by monthly payments of $250.00 per month after his release from custody.

**FORFEITURE ORDERED** of those assets identified in the Order of Forfeiture granting the Motion for Order of Forfeiture (Doc. 120) and signed in open court.

The defendant is **remanded** to the custody of the United States Marshal.

The Court recommends to the Bureau of Prisons that the defendant be placed in the facility located in Coleman, Florida, if appropriate and available, and that he be afforded the opportunity to participate in the residential drug abuse treatment program (RDAP) while he is incarcerated.

Defendant advised of right to appeal.

Time in court:  9:31 a.m. – 11:15 a.m.;   Total time in court: one hour, 44 minutes