UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.   Case No. 6:20-cr-97-GAP-LRH
(Forfeiture)

**JOEL MICAH GREENBERG**

### ORDER OF FORFEITURE

The defendant pled guilty, in relevant part, to Counts Fourteen and Twenty-Six of the Third Superseding Indictment which charged him with a wire fraud scheme and conspiracy to commit offenses against the United States, in violation of 18 U.S.C. §§ 1343 and 371. The United States has established that the defendant obtained $654,799.95 in proceeds as a result of the offenses.

The United States moves under 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, Doc. 120, to forfeit the $654,799.95 in proceeds the defendant obtained as a result of his wire fraud scheme and conspiracy. The motion is **GRANTED**. The United States is entitled to forfeit the $654,799.95 in proceeds which the defendant obtained as a result of his involvement in the wire fraud and conspiracy schemes.

Because the proceeds were dissipated by the defendant, the United States may seek, as a substitute asset, pursuant to 21 U.S.C. § 853(p), forfeiture of any of the defendant's property up to the amount of the proceeds the defendant obtained.

Jurisdiction is retained to enter any order necessary for the forfeiture and disposition of any substitute asset and to address any third-party claim.

**DONE** and **ORDERED** in open court, in Orlando, Florida, this 1st day of December, 2022.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies to:   Attorneys of record